

**United States District Court**

**For the Northern District of Illinois, Eastern Division**

**RECEIVED**

JUN 2 2 2017 LCN

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Carpenter & Family,                                    )

    Plaintiffs                                         )

**17 CV 4683**
**JUDGE LEINENWEBER**
**MAGISTRATE JUDGE WEISMAN**

                                 )

Jesse White Secretary of State Over

Hearing Officer                                        )

Kenneth P. Johnson and Other

Secretary of State Employees Involved

    Defendants.                                        )

**New Complaint**

Under Sec 207 [42 U.S.C.407] of the Social Security Law and the 42 U.S.C 1396r5

which states do not count the home, vehicles, or possessions to satisfy a court proceeding.

Under the Social Security Law and other Federal Laws; I, Trina L. Carpenter & Family have been

violated by the Secretary of State Office of Jesse White and his employee, Hearing Officer

Kenneth P. Johnson and his other employees who are involved.  Identity Theft has been

performed against us and my daughter's along with my driver licenses have been wrongfully

suspended. In addition to this, I, Trina L. Carpenter reported to the Secretary of State that we

1

are Victims of Mortgage Fraud. On September 28, 2016, we were forced out of premises 9320

South Perry Ave Chicago IL. 60620. Following this, on October 17, 2016, our vehicles were taken

from us. My daughter also had a vehicle taken from her in 2013 at the start of our dispute

against Santander. Since then, Santander fraudulent sold account to NCB Management which

later, led into serious investigation. In result of this investigation, Santander Consumer USA and

NCB Management were both marked as fraudulent accounts and Seven Year Extended Fraud

Alerts were added to my daughter's credit file by the three credit bureaus under TransUnion

Fraud Alert File Number 324039798, Equifax Fraud Alert Number 020304124, and Experian

Fraud Alert Report Number 2175-2212-61dated February 3, 2017. Under Experian Report

Number042821310 dated February 21, 2017; NCB Management was deleted from my credit

report and under TransUnion File Number 370425939 dated April 12, 2017; Santander

Consumer USA was deleted from my credit file. I, Trina L. Carpenter asked Hearing Officer

Kenneth P. Johnson of the Secretary of State did he need to view this information of our

preponderance of evidence that I brought to the hearing on April 26, 2017? Kenneth P.

Johnson responded that he does not review information from credit reports. Then dated May

24, 2017 an order was sent to me where Kenneth P. Johnson had wrongly re-suspended my

driver's license. Dated June 5, 2017; the Office of the Secretary of State sent a Notice of

Suspension to my daughter.

      IMPORTANT INSTRUCTIONS FROM FBI: I, Trina L. Carpenter spoke to an Agent

      of the Federal Bureau Investigation (FBI) ID Number 9063 on Tuesday June 6,

      2017 at 8:16pm to 8:19pm. I was advised by FBI Agent ID Number ID 9063 that

      this complaint against the Secretary of State will be a new complaint due to

the fact, Hearing Officer Kenneth P. Johnson of the Department of

Administrative Hearings Formal Hearings Division located at 17 N. State Suite

1200 Chicago, Illinois 60602 (312) 793-3722 and Other Employees of the

Secretary of State did not follow procedures intentionally after I warned them

numerous times that I was as advised by the US Supreme Court to proceed

with a lawsuit against anyone who do not follow federal procedures in

accordance to me and my family being Victims of Mortgage Fraud and Identity

Theft. Kenneth P. Johnson and his Co-Employees were informed numerous

times that we were Victims of Mortgage Fraud and Identity Theft but their

intentions were to try to mislead me and my family from receiving the Federal

Assistance. In obedience of the Federal Law as advised by the FBI Agent 9063,

I, Trina L. Carpenter responds with following up with the United States District

For the Northern District of Illinois, Eastern Division with a New Complaint. I

was also advised by FBI (9034) on June 6, 2017 at 9:37am to 9:40am to follow

up with the Legal Department to file this new complaint against the Secretary

of State. I, Trina L. Carpenter have been receiving legal advice from the Hibbler

Memorial Pro se Assistance Program located on the 20th floor of the United

States District for the Northern District of Illinois, Eastern Division. On April 19,

2017 Gordon Waldron of the Hibbler Memorial Pro Se Assistance Program

stated that more defendants were involved with this scandal of Deceptive

Practice of Financial Identity Theft that has gone over the brink against me and

my family. Right down the line Gordon Waldron was indeed correct. The

3

Secretary of State is involved in this scandal just as well. For the compassion
for the people of the world, I, Trina L. Carpenter am anointed to bring good
news to the poor, proclaim release to the captives and recovery of sight to the
blind, to let the oppressed go free as I file this complaint against the Secretary
of State.

Under Federal Trade Commission (FTC) Number 66944593 I, Trina L. Carpenter
formally reported my Driver's License being wrongly suspended. Also under
FTC Number 66944593 is a case of Identity Theft that was also reported. I,
Trina L. Carpenter spoke back to the Federal Trade Commission on June 6,
2017. I, Trina L. Carpenter contacted the FTC to give them an update on
Tuesday, June 6, 2017, based on a response that I, Trina L. Carpenter received
from the Office of The Secretary of State Jesse White dated May 24, 2017.
Based upon this response, I, Trina L. Carpenter discovered that Kenneth P.
Johnson did not follow his procedures in accordance to the federal law after I,
Trina L. Carpenter has informed him numerous times that I am a Victim of
Identity Theft and Mortgage Fraud. After being misled of my case with the
National Highway Traffic Safety Administration (NHTSA), I, Trina L. Carpenter
was advised in fall of 2015, that the Secretary of State was supposed to follow
the appropriate procedures to resolve the matter in relation to the NHTSA
Case. In fall of 2015; I, Trina L. Carpenter originally requested a hearing with
the Secretary of State Department of Administration Hearings. I, Trina L.
Carpenter remember speaking with the Springfield Department of

Administrative Hearings Howlett Building, Room 212 Springfield, Illinois 62756
(217)782-7065 back in the fall of 2015 to get instructions on how to request a
hearing with the Secretary of State. Somehow, I, Trina L. Carpenter was
instructed by a Secretary of State Supervisor named Sheila Leazenby by
telephone number (217)524-6729 in October 2015 to report incident to
Secretary of State in person on 17 North State Suite 1200 Chicago, IL. 60602. I,
Trina L. Carpenter remembered going in person to the Secretary of State
located on 17 N. State Ste 1200 Chicago, Illinois 60602 to put in a request for a
hearing as advised by Secretary of State Supervisor Sheila Leazenby in October
2015. Somehow, the Secretary of State Department of Administrative Hearings
Formal Hearings Division Suite1200 located on 17 N. State Street Chicago,
Illinois 60602 (312)793-3722 sent me a notice of hearing dated December 15,
2015. I, Trina L. Carpenter attended that hearing under Hearing Officer
Kenneth P. Johnson. I informed Mr. Johnson that I was a Victim of Identity
Theft and Mortgage Fraud. I also informed Mr. Kenneth P. Johnson that I also
had a case with the National Highway Traffic Safety Administration dated
February 12, 2015. Hearing Officer Kenneth P. Johnson gave me some
documents that were printed from http://chicago.suntimes.com/Chicago-
politics/7/71/935380/emanuel-orders-six-week-amn....... dated 11/16/2015 to
deceive me into going to the City of Chicago to sign up with a City Amnesty
Program. On the top of the printed documents it stated Mayor Emanuel orders
six-week amnesty for pre-2012 tickets, debts | Chicago Sun-Times. Secretary of

State Hearing Officer Kenneth P. Johnson never did look through the preponderance of evidence that I brought to the hearing. At the time, I did not realize that Kenneth P. Johnson was avoiding to looking at any of my evidence. I did not realize at that time the intentions of Hearing Officer Kenneth P. Johnson whom I later discovered misled me so that he did not have to be faced with following the appropriate federal procedures. I remember Hearing Officer Kenneth P. Johnson instructing me to withdraw from the Secretary of State's Hearing with him and to go to the City of Chicago to sign up with a City of Chicago Amnesty Program. I, Trina L. Carpenter remember checking with the City of Chicago and later being harassed more and more. I, Trina L. Carpenter then contacted Supervisor Sheila Leazenby of the Secretary of State located in Springfield Illinois by telephone number (217)524-6729 after I was misled by Kenneth P. Johnson to sign up with a City Amnesty Program I reported to her, that Kenneth P. Johnson had me to withdraw from his hearing and to sign up with a City of Chicago Amnesty Program in December 2015. Supervisor Sheila Leazenby sounded shocked by this and I and she both concluded that the word Amnesty is defined as admitting to something. I also remembered speaking to a manager that claim she is over Sheila Leazenby at (217)782-2024 I cannot remember her name. Based upon this, I, Trina L. Carpenter contacted the Federal Trade Commission and reported that my license was wrongly suspended under Federal Trade Commission Number 66944593. This FTC Number 66944593 was the same number that was given to me by the FTC

6

Identity Theft which was reported October 2015. I, Trina L. Carpenter recalled speaking to the FBI about this and they informed me that anything concerning Identity Theft and Wrongful Suspended License should be followed by the Federal Trade Commission (FTC). In obedience I, Trina L. Carpenter has been following this investigation with the FTC, CFPB, and the three credit bureaus Experian, Equifax, and TransUnion. I, Trina L. Carpenter and my son Keith Clough was originally notified by Experian dated October 5, 2015 of an Incident of Identity Theft. Following this notice, I was advised by Experian to contact the Chicago Police Department to obtain a Police Report of Identity Theft. I originally received a Police Report dated November 10, 2015 under RD Number HY480767 of Deceptive Practice Financial Identity Theft $300. I, Trina L. Carpenter remember filing an Official Complaint with the Illinois Secretary of State Police dated November 18, 2015 to report to the of an Administrative Error with my vehicle Identification Number that was brought to my attention by the National Highway Traffic Safety Administration. In addition to this error I reported to the Illinois Secretary of State Police that I am a Victim of Identity Theft and my license was wrongly suspended. The Secretary of State was made aware by my physician of my disability in Persons with Disabilities Certification for Parking Placard/ License Plates dated May 9, 2014. I faxed evidence of a Chicago Police Report of Identity Theft and evidence of a Hearing date that was sent to me by the Secretary of State Department of Hearings dated December 15, 2015. In respond, I was advised a case has not been initiated to

investigate the complaint as submitted, for the following reason(s): This

situation is a civil in nature. That further stated that my driver's license is being

suspended for tickets issued to plate #7334697. It further stated that this has

nothing to do with the error in your recorded serial number. It further stated in

capital letters that I NEED TO HIRE A LAWYER TO CONTEST TICKETS. After I

was sent this misleading response by Sgt. Elmer Garza my case was then

assigned under case #2015-11917 which was assigned to Investigator Manley

Number 132 of the Secretary of State Police located at 103 W. Roosevelt RD

Villa Park, IL. 60181 by Sgt. Elmer Garza 103 West Roosevelt Road Villa Park,

Illinois 60181 telephone number (630)693-0551 ext. 241. The telephone

numbers for Investigator Manley are (773)995-2670 and (630)693-0566. I

recalled speaking to investigator Manley several times and somehow

Investigator Manley came out to my property dwelling 9320 South Perry Ave.

Chicago, IL. 60620 on March 2016 to verify the correct identification number of

my 2003 Ford Taurus Vehicle 4Dr which is 1FAFP53U33G256300. Investigator

Manley filled out a State of Illinois Office of The Secretary of State Law

Enforcement Certification Document dated March 8, 2016.After Investigator

Manley filled out a State of Illinois Secretary of State Law Enforcement I, do

remember him informing me later that I needed to follow back up with the

National Highway Traffic Safety Administrative under Reference Number

10683088 due to the Secretary of State not being able to receive further

information due to a title lien. At this point, I do not understand why the

Secretary of State Police Investigator Manley needed information about the title of my vehicle. All I do know, that I am tired of being misled. I do not know what procedures the Secretary of State Police Investigator Manley Number 132 was supposed to be following under his title as an investigator. It seems to me that if he is an Investigator of the Secretary of State that he should have known the procedures to follow to obtain information of a title lien or he should have been able to get a release of information of a title lien. I just remember that Investigator Manley stated that he could not go further with the investigation due to a lien of a title that needed to be released. I, Trina L. Carpenter felt that all of this was very misleading and I became more deceived by all what was happening. I remember the Secretary of State located in the James Thompson Building informing me to take the license plates from my vehicle in August 2015 so that I will not continue to get false tickets on a vehicle that I have not driven since I reported Deadly Defects to NHTSA in February 2015. In obedience, I, Trina L. Carpenter gladly removed the plates from my vehicle to put a cease to the conspiracy of receiving false tickets. In dispute of receiving false tickets, I, Trina L. Carpenter contacted the Consumer Financial Protection Bureau (CFPB) and the Three Credit Bureaus Experian, Equifax, and TransUnion. With CFPB I, Trina L. Carpenter made several complaints against GM Financial starting July 2016, due to them not following through with their procedures. In response to CFPB Number 160701-001356 dated July 13, 2016, GM Financial Compliance Administration Kylie Cryer

stated that GM Financial is unable to comply with request for release of title

which was requested of me by the Secretary of State Investigator Manley until

the remaining late fee balance is satisfied.  After that a new investigation was

opened under CFPB 160819-001195 after I sent a response to CFPB of an

Online Automated Service Information System (OASIS) Report from Metro Ford

Dealership dated August 17, 2016, which states that there is a pending

FMC360 case on my vehicle's report which show that procedures were not

followed due to the Ford Manufacturer and GM Financial failing to report any

defects to move the case forward.  To the best of my knowledge, the three

credit bureaus Experian, TransUnion, and Equifax have marked GM Financial as

a Fraudulent Account after PNC Bank, NA stated in response to Complaint

161220-000477 that various incidents of Wrongful Suspended License, Identity

Theft and other incidents that was performed against me and my children is

addressed to Metro Ford Dealership, and GM Financial.  Equifax Confirmation

Number 7053048260 confirms that GM Financial is marked as fraudulent due

to fraudulent activity that was performed against me and my kids that later led

me to obtaining an Updated Police Report of Deceptive Practice and Financial

Identity Theft Over. Under TransUnion File Number 370425939 GM Financial is

marked as a Fraudulent Account. Under Experian Report Number 0428213180

GM Financial is marked as a Fraudulent Account. I keep in mind, me and my

family was forced out of property address 9320 South Perry Ave Chicago, IL.

60620 September 28, 2016. On October 17, 2016, our vehicles and possessions

were taken. I believe the Secretary of State was involved in this Amnesty being performed against me and my family. Since the Secretary of State referred me to a City Amnesty Program December 15, 2015. In over a year later, more Amnesty was performed against me and my family. A Notice was sent to my residence dated February 1, 2017 from the Secretary of State located 2701 S. Dirksen Parkway, Springfield, Illinois 62723 dated February 1, 2017 threatening to suspend my daughters license. The three credit bureaus Experian, Equifax, and TransUnion mailed fraud alerts to my residence for my daughter dated February 3, 2017. After this, I was led to file a second hearing with the Secretary of State located on 17 N. State Suite1200 Chicago, Illinois 60602 and dated February 15, 2017. I received a notice of a second hearing with the Secretary of State Departments of Hearings Administrations located at 17 N. State Street Suite 1200 Chicago, IL. 60602. I Trina L. Carpenter attended that hearing early to further investigate and inform them with a preponderance of evidence that my case is moving forward for review. Thus, by the time of February 15, 2017 which was my second hearing with the Secretary of State; I had already served the City of Chicago with a US Supreme Court Petition Dated February 9, 2017. As I came inside of the Secretary of State almost an hour early for my hearing on February 15, 2017; I was originally asked by the receptionist desk to fill out a form with a series of pertinent information on a clip board. After I filled out the information, the Secretary of State had me waiting a long period of time after I have arrived early for my hearing. My

hearing was set for 2:00 pm and I arrived there before 1:30pm. I remember the
receptionist telling me that my hearing was set for 1:30pm. I stated to the
receptionist that on the Notice of Hearing the hearing is set for 2:00pm. The
receptionist looked confused as she had me to fill out a clip board asking for
pertinent information. I remembered that I informed the receptionist that I am
a Victim of Identity Theft. Then she stated to me to fill out the clip board to the
best of my ability. After I filled out the information on the clip board the
Secretary of State had me waiting almost two hours in the waiting area before
they finally called me for the hearing almost past an hour after the hearing set
time which was 2:00pm on February 15, 2017. I remember asking the
Secretary of State why did they take so long calling me and she responded that
they could not find the clip board that I filled out when I arrived there before
the time that was set for my hearing. Keep in mind, the Secretary of State
Receptionist became confused after she informed me that my hearing was set
for 1:30pm and I corrected her and told her that on the Notice of Hearing my
hearing was set for 2:00 pm and still I was waiting out in the lobby past 2:00pm
before I was called for a hearing because the Secretary of State Receptionist
stated that my clip board file that I filled out came up missing or was lost.
Finally, Hearing Officer Kenneth P. Johnson called me an hour or so after the
time set for the hearing and had me to fill out the clip board over in his
presence. At this moment, I felt some fraud was going on behind this. In
proceeding with the hearing, I informed to Secretary of State Hearing Officer

Kenneth P. Johnson on February 15, 2017 with a preponderance of evidence that I was a Victim of Identity Theft and Mortgage Fraud and that I had disputed my case with all three credit bureaus and the CFPB, and I also informed him that my case had escalated to the US Supreme Court and once again Mr. Johnson avoided looking over my evidence and granted me a Motion to Continue Hearing. His reason for granting me this motion was due to a pending hearing review before the City of Chicago in which he pretended that he misunderstood that I, Trina L, Carpenter had served the City of Chicago with a US Supreme Court Petition dated February 9, 2017. Mr. Johnson otherwise recommended a 60-day date to come back to the Secretary of State for a third hearing. At this point, this was a second warning for Secretary of State Kenneth P. Johnson to follow the appropriate procedures to comply with the federal law. I, Trina L. Carpenter followed up with the Consumer Financial Protection Bureau (CFPB) on February 22, 2017 and reported the suspicious activity that was being performed by the Secretary of State. I informed the CFPB that the Secretary of State had me waiting hours for a hearing after they pretended that my hearing was set for 1:30 pm when it was really set for 2:00 pm and I informed the CFPB that my clip board that I filled out that required pertinent information came up missing or lost. I asked the CFPB what did they detect by what I informed them of the Secretary of State and the CFPB Agent responded that she detected fraud. I, Trina L. Carpenter agreed with the CFPB that I detected fraud just as well. At this point, the CFPB advised me not to give up

on moving forward with the case. I asked the CFPB Agent was she familiar with
the address of this Secretary of State that my hearing was held. The CFPB
Agent responded to me that she has that address of that Secretary of State
documented already. Later; I, Trina L. Carpenter was contacted to attend a
third hearing with the Secretary of State dated April 26, 2017 which was set
after sixty days of the last hearing dated February 15, 2017. I, Trina L.
Carpenter became suspicious of this hearing date and I decided to take a
relative with me to the Secretary of State on April 26, 2017 for the third
hearing. Again, the Secretary of State had me to fill out a clip board and this
time I told them that I refuse to give them any pertinent information and I was
not required to give them no clue of my Social Security Number. The
receptionist at the front desk told me that I did not have to give them any
pertinent information and just to fill out the clip board to the best of my
ability. I, Trina L. Carpenter filled out the clip board to the best of my ability.
Again, I waited quite a while in the lobby before my name was finally called
again by Hearing Officer Kenneth P. Johnson. My hearing was set for April 26,
2017 at the hour of 2:00 pm and I remember being called almost an hour past
2:00pm. When I was called by Hearing Officer Kenneth P. Johnson, my relative
that came with me went inside of the Hearing Room with Kenneth P. Johnson
and me to observe and listen in on the hearing. Kenneth P. Johnson asked me
what brings me in on this day of April 26, 2017. I informed Kenneth P. Johnson
that I was contacted by them to attend the Secretary of State, for a hearing. I

14

stated to Hearing Officer Kenneth P. Johnson, that I am a Victim of Identity

Theft, Mortgage Fraud and my License was Wrongly Suspended and I informed

this to you numerous of times. Kenneth P. Johnson played dumb and his

behavior became more and more avoidant towards me.   He asked what was

going on and me when did I become aware of my license being wrongly

suspended? I answered "you know more than I know and you were aware that

my license was wrongly suspended, you admitted that you were aware of this

December 15, 2015 when you originally referred me to a City Amnesty

Program. Playing dumb, Mr. Kenneth P, Johnson asked me what happened

with the City Amnesty Program. I responded to him that he was aware that I

served the City of Chicago with a US Supreme Court Petition dated February 9,

2017. I stated to him, that I was instructed by the US Supreme Court to

proceed with a lawsuit against the City of Chicago for not following the correct

procedures. I also informed Kenneth P. Johnson, that I realize that he should

not have referred me to a City Amnesty Program, but instead have referred me

to the Federal Court due to me being a Victim of Identity Theft and Mortgage

Fraud. I insisted to Kenneth P. Johnson that it is very important that he follow

the correct procedures. Again, Kenneth P. Johnson became more and more

avoidant towards me and he left the hearing room numerous of times. I

remember him stating that he had to follow up with his manager before he

proceeds with a hearing with me.  After Kenneth P. Johnson left the hearing

room twice before proceeding with the hearing I, became more and more

15

suspicious of him. Kenneth P. Johnson stayed away from the hearing room a good while before he finally got word to proceed with a hearing. I felt that Kenneth P. Johnson was trying to avoid from hearing from me and hoping that I decide to leave and not proceed with the hearing. Me and my relative sat down patiently and waited for Mr. Johnson to return to the hearing room to proceed with the hearing. When Kenneth P. Johnson finally returned to the hearing room the second time to proceed with the hearing. I remember him first asking me did I want to proceed with or without an attorney. I informed Kenneth P. Johnson that I had already followed up with the Federal Court and proceeded with a preponderance of evidence. I further informed Kenneth P. Johnson that I was instructed by the Federal to file an Amended Complaint that is due May 9, 2017. I clearly instructed Kenneth P. Johnson, that I was working on the Amended Complaint to file with the Federal Court. Again, I insisted that this case was a federal case and the appropriate procedures needed to be followed. Then I remember Kenneth P. Johnson making a statement repeating to me stating so you are filing a case with the federal court alright!!!! And I answered yes. I have already started filing a case with the Federal Court. Then Kenneth P. Johnson asked me was I filing this case for just me and my family or was I filing the case for an association. I became more suspicious when Kenneth P. Johnson asked me that and I answered that I am doing as I was instructed to do and of course me and family is listed on the lawsuit. Then he asked me again, is I am ready to proceed today with the

Secretary of State with a hearing or do I want another continuance, I just remembered Kenneth P. Johnson left the hearing room to ask his manager will the hearing be continued? Kenneth P. Johnson then came back in the hearing room and stated that his manager advised that I precede with the hearing and that will be the last hearing. I stated to Kenneth P. Johnson that I have a preponderance of evidence before me that includes an Updated Police Report of Deceptive Practice and Financial Identity Theft that has gone over the limit. I also stated to Kenneth P. Johnson that I have all my credit reports to prove that I disputed the violations under plate numbers 7334697 (2014) and me and my daughter disputed Plate Numbers N496186 (2013). Kenneth P. Johnson asked me about my police reports of Financial Identity Theft. I informed Kenneth P. Johnson that I have 2 Police Reports of Financial Identity Theft and a State of Illinois Office of the Secretary of State Law Enforcement Certification that covers the vehicles that I have been disputing. Hearing Officer Kenneth P. Johnson then asked me would I like to go ahead and proceed without an attorney. I stated to Kenneth P. Johnson that I can proceed without an attorney, due to the preponderance of evidence I have before me and since I already have been following federal procedures in the US Northern District Court for the Eastern Division. As the hearing proceeded Hearing Officer Kenneth P. Johnson showed me my driving record and asked me was my name Trina L. Carpenter? I answered yes? Kenneth P. Johnson further asked me, "do I object to anything?" I then asked Kenneth P, Johnson, what did he mean by

that question? I informed him numerous times that I was a Victim of Identity
Theft and Mortgage Fraud and my Driver's License was wrongly suspended.
Then Kenneth P. Johnson asked me, "Do I disagree to the violations on my
driving record?" I stated to Kenneth P. Johnson clearly, that the violations were
false due to me being a Victim of Identity Theft and Mortgage Fraud. I
repeatedly stressed this to Hearing Officer Kenneth P. Johnson and he
continuously held his hand towards me brushing me off stating to me over and
over "do not jump the gun" "do not jump the gun." I do not understand what
Kenneth P. Johnson meant by this after I have informed him repeatedly with
the preponderance of evidence that my case has been disputed and I am a
Victim of Identity Theft and Mortgage Fraud. The Federal question that I raise
with Kenneth P. Johnson is why did he refer me to a City Amnesty Program?
Keep in mind, Kenneth P. Johnson, left the room numerous a times and I
wonder was this a sign of conspiracy. I wonder why Kenneth P. Johnson did not
call the FBI, the three credit bureaus Experian, TransUnion, and Equifax and/or
also check with the US Supreme Court or the US Northern District Court for the
Eastern Division to confirm this. Kenneth P. Johnson had more than enough
time to follow federal procedures. I had three hearings with Kenneth P.
Johnson dated December 15, 2015, February 15, 2017, and April 26, 2017 and I
do not understand why Kenneth P. Johnson refused to follow the appropriate
federal procedures. Mr. Johnson never did instruct me to submit evidence into
the Secretary of State System. Perhaps, I was instructed by the Secretary of

18

State Police to submit evidence back in 2015, and I remembered in November

2015 faxing proof of a hearing dated December 15, 2015 and a Police report of

Identity Theft to the Secretary of State Police. According to the order that was

sent to me dated May 24, 2017, under an exception to the general limitation

on the period of suspensions to one year contained in IVC §6-208(a), the

suspension under IVC §6-306.5 is until the reporting Municipality sends the

Secretary notice of payment by the offender or a notice that the report was in

error. Pursuant to IVC §6-103 the Secretary shall not issue a permit to any

person suspended under any but the enumerated statutes. IVC §6-306.5 is not

such an enumerated statute. Therefore, a suspension under IVC §6-306.5 is for

an indefinite time period. The order does state that I, the Petitioner further

testified that I am a Victim of Identity Theft and Mortgage Fraud. In which, I

stated that Hearing Officer Kenneth P. Johnson constantly kept misleading me

to go to a City Amnesty Program instead of leading me into the appropriate

direction. Based upon this, I contacted the Experian Protect My ID on June 6,

2017 and I was informed by Demaura ID# 25677 that Experian Protect My ID

will start an investigation against the Secretary of State. I also contacted

Equifax Fraud Department on June 6, 2017 Confirmation Number 6280050834

and I was informed that the wrongful suspended license was already marked

as a fraud alert. I contacted TransUnion Special Handling Fraud Department on

June 6, 2017 under number 370425939 and I was informed by them as well

that there is no record of Driver's License Suspension on my credit file and I

was also told that the Secretary of State should have followed their procedures. I spoke to the Federal Trade Commission on June 6, 2017 and I updated this information with them and I as well gave them the address to the location of the Secretary of State where my three hearings were held at and the name of the hearing officer which is Kenneth P. Johnson. I spoke to the Consumer Financial Protection Bureau on June 6, 2017 and they stated that this complaint was in relation to Complaint Number 161220-000477 and I did not have to file an amended complaint with them. I spoke to the IRS on June 8, 2017 and they thank me for informing them. I Trina L. Carpenter spoke to the FBI numerous times, which was on June 6, 2017 and I followed up with them on June 16, 2017 and I was told by them that all the information was documented. At this point, the three credit bureaus, CFPB, FTC, IRS, and FBI stated that they have everything documented and I do not have to do anything else with them. I further reported to the FBI that the Secretary of State sent a Notice of Suspension to my daughter dated June 5, 2017 and she already have fraud alerts on her credit reports. Based upon the procedures that I followed up and in obedience to the FBI, I will follow up with the Legal Assistance Prose Department and file a New Complaint as instructed by the FBI on June 6, 2017. Jesse White Office of Secretary of State, his employee Hearing Officer Kenneth P. Johnson and other Secretary of State of Employees involved are all in Number 1 Violation Under Sec 207 [42 U.S.C.407] of the Social Security Law and the 42 U.S.C 1396r5 which states do not count the home, vehicles, or

possessions to satisfy a court proceeding. Jesse White Office of Secretary of State, Hearing Officer Kenneth P. Johnson and other Secretary of State Employees involved are in Number 2 Violation Under 10 U.S. Code § 921 Rule 121- Larceny and Wrongful Appropriation for not following the appropriate procedures and enacting wrongly against me and my family members. Jesse White Office of Secretary of State, Hearing Officer Kenneth P. Johnson and other Secretary of State Employees involved are in Number 3 Violation Under Federal Trade Commission Number 66944593 18 U.S. Code Chapter 31 for enacting Embezzlement and Theft of my Identity. Jesse White Office of Secretary of State, Hearing Officer Kenneth P. Johnson and other Secretary of State Employees involved are in Number 4 Violation Under Federal Trade Commission Number 66944593 18 U.S.C. Code § 1028- Fraud and related activity in connection with identification documents, authentication features, and information (a) whoever, in a circumstance described in subsection (c) of this section (1) knowingly and without lawful authority produces an identification document, authentication feature, or a false identification document against me. Jesse White Office of Secretary of State, Hearing Officer Kenneth P. Johnson and other Secretary of State Employees involved are in Number 5 Violation Under 18 U.S.C. Code § 1028- Fraud and related activity in connection with identification documents, authentication features, and information (a) whoever, in a circumstance described in subsection (c) of this section (1) knowingly and without lawful authority produces an identification

document, authentication feature, or a false identification document against

my son. Jesse White Office of Secretary of State, Hearing Officer Kenneth P.

Johnson and other Secretary of State Employees involved are in Number 5

Violation Under 18 U.S.C. Code § 1028- Fraud and related activity in

connection with identification documents, authentication features, and

information (a) whoever, in a circumstance described in subsection (c) of this

section (1) knowingly and without lawful authority produces an identification

document, authentication feature, or a false identification document against

my daughter. Jesse White Office of Secretary of State, Hearing Officer Kenneth

P. Johnson and other Secretary of State Employees involved are in Number 6

Violation under Federal Trade Commission Number 66944593 for wrongfully

suspending my license also Under 18 U.S.C 1038 -Fraud and related activity in

connection with identification documents, authentication features, and

information. Jesse White Office of Secretary of State, Hearing Officer Kenneth

P. Johnson and other Secretary of State Employees involved are in Number 7

violation for wrongfully suspending my daughter's license Under 18 U.S.C-

Fraud and related activity in connection with identification documents,

authentication features, and information. Jesse White Office of Secretary of

State, Hearing Officer Kenneth P. Johnson and other Secretary of State

Employees involved are in Number 8 Violation Under 15 U.S. Codes §45 for

Unfair Methods of Competition unlawful, deceptive practice by commission 4

(B) All remedies available to the commission with respect to unfair and

deceptive acts or practices shall be available for acts and practices described in this paragraph, including restitution to domestic or foreign victims. Jesse White Office of Secretary of State, Hearing Officer Kenneth P. Johnson and other Secretary of State Employees involved are in Number 9 Violation Under 19 U.S. Code § 1592-penalties for fraud, and gross negligence for their negligence to step up in following federal procedures in accordance to an error of the Municipality. Jesse White Office of Secretary of State, Hearing Officer Kenneth P. Johnson, and other Secretary of State Employees involved are in violation Number 10 Violation Under 28 U.S. Code § 4101 for making false statement that I did not submit evidence to the Secretary of State in which perhaps I, Trina L. Carpenter did send evidence by facsimile to the Secretary of State Police of a Police Report of Identity Theft and proof of a set hearing dated December 15, 2015 before I actually attended the hearing with Kenneth P. Johnson on December 15, 2015. Jesse White Office of Secretary of State, his Employee Kenneth P. Johnson and other Secretary of State Employees involved are in Number 11 Violation under Rule 142 Judicial Remedies and Penalties for violating the Privacy Act. The Act specifically provides Civil Remedies, 5 U.S.C. Sec.552a (g) including damages, and criminal penalties, 5 U.S.C Sec. 552a (1) for Violations of Act. Those have been discovered under Criminal Discovery Violations Number 12, 13, and 14 Violations under Rule 142. Privacy Act-Relation to civil and criminal discovery by knowingly and willfully disclosing me and my family identifiable information to avoid following the correct

23

procedures which is prohibited from such disclosure with the intent to conspire embezzlement with theft of identities and wrongfully suspended me and my daughter's driver licenses. Jesse White Office of Secretary of State, Hearing Officer Kenneth P. Johnson and other Secretary of State Employees involved are in Number15 Violation under IVC §6-208(a), and in violation Number Violation under §6-306.5 for wrongfully suspended my driver license for more than a year due to an error of the Municipality. Jesse White Office of Secretary of State, Hearing Officer Kenneth P. Johnson and other Secretary of State Employees involved are in Number 16 Violation under IVC §6-208(a), are in violation for wrongfully suspending my daughter's driver license due to an error of the Municipality. Jesse White Office of Secretary of State, His Employee Kenneth P. Johnson, and other Secretary of State Employees involved are in violation Under Number 17 Under 28 U.S.C §1746 for enacted conspiracy acts with others against what I executed within the United States, its territories, possessions, or commonwealths. I executed under U.S. Commerce Case Number 15-0910 that my full name is Trina Louise Carpenter. My address is 9320 South Perry Ave. Chicago, IL. 60620. If executed within the United States, its territories, possessions, or commonwealths: I declare to the best of my knowledge the foregoing is true to the best of my investigation with preponderance of evidence that was already given to the courts. I, Trina L. Carpenter am attaching more evidence against the Secretary of State. Due to these 17 violations that the Office of Jesse White Secretary of State and his

employees performed against me and my family, I Trina L. Carpenter and

Family pray that the court deems what is appropriate we accept the will of the

Greatest, the Best, and Everlasting within our Civil Rights as Consumers. What

we with through as a Family, I Trina L. Carpenter do not wish this on anyone. I

pray that everyone who is going through see the light of hope. I. Trina L.

Carpenter & Family thank the United States Court of Northern District, Eastern

Division for allowing us the opportunity to share our experience.

Sincerely,

Trina L. Carpenter

Address 9320 South Perry Ave.

Chicago, IL. 60620

Telephone Number (872)731-7282


Dated: June 21, 2017

EVIDENCE ATTACHED

1). Updated Police Report Number JA164183 of Deceptive Practice Financial Identity Theft Over

2). Police Report Number HY480767 of Deceptive Practice Identity Theft $300

3). 6-paged Federal Trade Commission (FTC) Identity Theft Victim's Complaint and Affidavit

4). Internal Revenue Service (IRS) Identity Theft Affidavit Form 14039

5). State of Illinois Office of the Secretary of State Law Enforcement Certification

6). 3 paged Stamped Official Complaint Letter Dated November 18, 2015 showing Case #2015-11917

7). Proof that I received printed Information of a City Amnesty Dated 11/16/2015 handed to me on December 15, 2015 by Hearing officer Kenneth P. Johnson (4 pages attached)

8). Proof Of incidents of Identity Theft mailed to me and my son by Experian dated October 5, 2015

9.) Proof that I executed my rights under US Commerce Case Number 15-0910 and Under 28 U.S.C. § 1746 I, Trina Louise Carpenter legally proved my identity.

10). Proof of Persons with Disabilities Certification for Parking Placard/License Plates certified by my physician Dated May 9, 2014 and sent May 11, 2014

11). Proof that my Daughter Disputed Vehicle under Plate Number N496186 and all three credit bureaus mailed her Seven-Year Extended Fraud Alerts

12). Proof that I Trina L. Carpenter have been working with the three credit bureaus, CFPB, and FTC and I have obeyed their instructions conversated to me on February 22, 2017 to obtain an Updated Police Report.

26

13). Proof of all 3 Hearings that I attended dated December 15, 2015, February 15, 2017 and

April 26, 2017

14). Proof of a 7-paged response from the Office of the Secretary of State dated May 24, 2017

with several addresses listed and give misleading instructions.

15). Proof of Two Notice of Suspensions sent by the Office of the Secretary of State to my

daughter dated February 1, 2017 and June 5, 2017

Total of 45 Pieces of
Paper Evidence assists sunday of
state

CPD-11.380, Part 3-English-(Rev. 2/98)

# CHICAGO POLICE DEPARTMENT
## VICTIM INFORMATION NOTICE

24-FEB-2017 06:43

RD Number:  JA164183

Victim:  TRINA L CARPENTER

TRINA L CARPENTER
9320 S PERRY AVE
CHICAGO, IL 60620

# CHICAGO POLICE DEPARTMENT
## VICTIM INFORMATION NOTICE

CPD-11.380, Part 3-English-(Rev. 2/98)

---

*RD Number:* **JA164183**        *Occurrence Date:* **30-JAN-2017 12:00**        *Beat of Assign:* **9198**

*Primary Class.:*    **DECEPTIVE PRACTICE**        *Secondary Class.:*    **FINANCIAL IDENTITY THEFT OVER**

*Occurrence Address:*    **9320 S PERRY AVE**        *Occ. Beat:*    **0634**

*Type of Location of premise where offense occurred (give name of location if applicable)*

290        RESIDENCE

### IMPORTANT: KEEP THIS NOTICE FOR YOUR PERSONAL RECORDS

CASE NAME - PEOPLE OF THE STATE OF ILLINOIS/CITY OF CHICAGO vs._____
If an arrest has taken place, the following is your court information:
Date:_____ Time:_____ Court branch:_____ Court Loc.:_____
If you need more help call the Victim/Witness Assistance Program of the Cook County State's Attorney's    Office at (773)869 - 7200

---

## VICTIM INFORMATION NOTICE/ CHICAGO POLICE DEPARTMENT
*THIS IS NOT AN OFFICIAL POLICE REPORT - IT IS FOR INFORMATION PURPOSES ONLY*

Your case will be on file with the Chicago Police Department under the above listed R.D. Number. Refer to this number whenever you are communicating with the Chicago Police Department concerning this incident. Your case will be assigned for follow-up investigation based upon specific facts obtained during the initial investigation. The presence of these facts can predict whether a comprehensive follow-up investigation would likely result in the arrest and prosecution of the suspect(s) or the recovery of property. Your case will be reviewed and retained to determine if criminals active in the area can be identified. *A detective will not routinely contact you unless additional information is required or your further assistance is needed.*

### TO REPORT ADDITIONAL INFORMATION
If you have knowledge of specific facts which might assist in the investigation of your case, please contact the unit marked below:

|        | FOR PROPERTY CRIMES |          | FOR VIOLENT CRIMES |          | FOR YOUTH DIVISION |
|--------|---------------------|----------|--------------------|----------|--------------------|
| AREA 1 | 747-8384            |          | 747-8380           |          | 747-8385           |
| AREA 2 | 747-8273            |          | 747-8272           |          | 747-8276           |
| AREA 3 | 744-8263            |          | 744-8261           |          | 744-8266           |
| AREA 4 | 746-8253            |          | 746-8252           |          | 746-9259           |
| AREA 5 | 746-8362            |          | 746-8282           |          | 746-8365           |
| BOMB & ARSON(all Areas) |  | 746-7619 | AUTO THEFT(all Areas) | 746-5566 |          |

### COPY OF THE REPORT
The above listed R.D. Number may suffice for insurance purposes, however, there may be instances when a copy of the case report is desired. A copy of the case report which verifies that an incident of injury, loss or damage has been reported to the Chicago Police Department may be obtained after 14 working days from the date the incident was reported. To obtain a copy of the report, send a check or money order payable to the *"DEPARTMENT OF FINANCE - CITY OF CHICAGO"* in the amount of $.50 and a self-addressed stamped return envelope to:

Chicago Police Department
Records Inquiry Section, Room 1027
3510 South Michigan Ave.
Chicago, IL 60653

Include the following information with your request: 1) Victim's name and address (or person reporting crime), 2)Type of incident, 3)Address of occurrence, 4)R.D. Number.

### MAKE THE RIGHT CALL
To report a crime in progress or other emergency that requires immediate police response, call **9-1-1.**
To report non-emergency situations, call the Police Department at **3-1-1.**
### CHICAGO ALTERNATIVE POLICING STRATEGY(CAPS)
### SAFE NEIGHBORHOODS ARE EVERYBODY'S BUSINESS
The police alone cannot solve the problems of crime in our City. It takes an active and informed community working with the police and other City agencies to really make a difference. Join your neighbors and your neighborhood police officers as we work together to reduce crime and improve the quality of life in our City. Become part of the CAPS team in your community. To find out how, call:

**CAPS HOTLINE**    744-CAPS(744-2277)

More information about CAPS is availble on the **World Wide Web** at http://www.ci.chi.il.us

You live on Beat_____. You next Beat: Community Meeting will be held(date and time)_____
_____at (location)_____

### TELECOMMUNICATIONS DEVICE FOR THE DEAF/TELETYPE (TDD/TTY)
Hearing-impaired persons who possess such equipment may communicate with the Chicago Police Department 24 hours a day by calling **746-9715.** Hearing-impaired persons in need of assistance during normal business hours may also

---

24-FEB-2017 06:43        RETAIN THIS NOTICE FOR YOUR PERSONAL RECORDS        Requested by: PC01259

# CHICAGO POLICE DEPARTMENT
## VICTIM INFORMATION NOTICE

CPD-11.380, Part 3-English-(Rev. 2/98)

contact their local police district or the Preventive Programs and Neighborhood Relations Division at **745-5806**.

**RECOVERY OF PROPERTY - STOLEN VEHICLE RECOVERED**
The Chicago Police Department must be notified *IMMEDIATELY,* via the "9-1-1" emergency number, when property reported lost or stolen is recovered.

**CREDIT CARDS - CHECKS, LOST OR STOLEN**
Immediately notify the concerned credit card issuer or bank by telephone to reduce the possibility of being liable for the unauthorized use of your lost or stolen credit card or check. It is suggested that you also inform the credit card issuer or bank in writing as a follow-up measure to ensure proper notification.

**ILLINOIS CRIME VICTIMS NOTIFICATION**
Innocent victims of violent crime may be eligble to receive benefits from the Illinois Crime Victims Compensation Program for such costs as medical, funeral, loss of support and wage loss, *NO RECOVERY IS PROVIDED FOR PROPERTY LOSS OR DAMAGE, NOR FOR PAIN OR SUFFERING.* To apply or to determine whether one qualifies, the victim or, if deceased, a relative or dependent, must contact the Illinois Attorney General's Office.

Further information and claim forms can be obtained from:
Crime Victims Compensation Program
Office of the Attorney General of Illinois
100 West Randolph Street, 13th Floor
Chicago, IL    60601
Telephone: 814-2581

# CHICAGO POLICE DEPARTMENT
## VICTIM INFORMATION NOTICE

CPD-11.380, Part 3-English-(Rev. 2/98)                                    10-NOV-2015 00:27

RD Number: HY480767

Victim: TRINA CARPENTER

FTC 66944593

Wed
9Jan 11/20/2016

Elena

IN Accordance to Chicago Police Department Law one Police Report Per household will accommodate my Household members/family

IN Accordance to US Supreme Court Case 15-8734 I Trina L Carpenter listed that I Support my Son Keith Clough Jr, my daughter Chardae J. Carpenter, my Grand-daughter Mi Yonna Barnes, and my Brother Karlton Carpenter

TRINA CARPENTER
9320 S PERRY AVE
CHICAGO, IL

SR205
# CHICAGO POLICE DEPARTMENT
## VICTIM INFORMATION NOTICE

PD-11.380, Part 3-English-(Rev. 2/98)

RD Number: **HY480767**       Occurrence Date: **15-SEP-2015 00:00**       Beat of Assign: **9164**

Primary Class.:  **DECEPTIVE PRACTICE**       Secondary Class.:   **FINANCIAL IDENTITY THEFT $300**

Occurrence Address:   **9320 S PERRY AVE**       Occ. Beat:   **0634**

Type of Location of premise where offense occurred (give name of location if applicable)

**290          RESIDENCE**

### IMPORTANT: KEEP THIS NOTICE FOR YOUR PERSONAL RECORDS

CASE NAME - PEOPLE OF THE STATE OF ILLINOIS/CITY OF CHICAGO vs._____

If an arrest has taken place, the following is your court information:

Date:_____ Time:_____ Court branch:_____ Court Loc.:_____

If you need more help call the Victim/Witness Assistance Program of the Cook County State's Attorney's   Office at (773)869 - 7200

### VICTIM INFORMATION NOTICE/ CHICAGO POLICE DEPARTMENT
*THIS IS NOT AN OFFICIAL POLICE REPORT - IT IS FOR INFORMATION PURPOSES ONLY*

Your case will be on file with the Chicago Police Department under the above listed R.D. Number. Refer to this numb whenever you are communicating with the Chicago Police Department concerning this incident. Your case will be assigned for follow-up investigation based upon specific facts obtained during the initial investigation. The presence of these facts can predict whether a comprehensive follow-up investigation would likely result in the arre and prosecution of the suspect(s) or the recovery of property. Your case will be reviewed and retained to determine if criminals active in the area can be identified. *A detective will not routinely contact you unless additional information is required or your further assistance is needed.*

### TO REPORT ADDITIONAL INFORMATION
If you have knowledge of specific facts which might assist in the investigation of your case, please contact the un marked below:

|  | FOR PROPERTY CRIMES | FOR VIOLENT CRIMES | FOR YOUTH DIVISION |
|---|---|---|---|
| AREA 1 | 747-8384 | 747-8380 | 747-8385 |
| AREA 2 | 747-8273 | 747-8272 | 747-8276 |
| AREA 3 | 744-8263 | 744-8261 | 744-8266 |
| AREA 4 | 746-8253 | 746-8252 | 746-9259 |
| AREA 5 | 746-8362 | 746-8282 | 746-8365 |
| BOMB & ARSON(all Areas) | 746-7619 | AUTO THEFT(all Areas)   746-5566 | |

### COPY OF THE REPORT
The above listed R.D. Number may suffice for insurance purposes, however, there may be instances when a copy of the case report is desired. A copy of the case report which verifies that an incident of injury, loss or damage has bee reported to the Chicago Police Department may be obtained after 14 working days from the date the incident was reported. To obtain a copy of the report, send a check or money order payable to the *"DEPARTMENT OF FINANCE - CITY CHICAGO"* in the amount of $.50 and a self-addressed stamped return envelope to:

    Chicago Police Department
        Records Inquiry Section, Room 1027
        3510 South Michigan Ave.
        Chicago, IL 60653

Include the following information with your request: 1) Victim's name and address (or person reporting crime), 2)Ty of incident, 3)Address of occurrence, 4)R.D. Number.

### MAKE THE RIGHT CALL
To report a crime in progress or other emergency that requires immediate police response, call **9-1-1**.
To report non-emergency situations, call the Police Department at **3-1-1**.
### CHICAGO ALTERNATIVE POLICING STRATEGY(CAPS)
### SAFE NEIGHBORHOODS ARE EVERYBODY'S BUSINESS
The police alone cannot solve the problems of crime in our City. It takes an active and informed community working with the police and other City agencies to really make a difference. Join your neighbors and your neighborhood poli officers as we work together to reduce crime and improve the quality of life in our City. Become part of the CAPS team in your community. To find out how, call:
            **CAPS HOTLINE**     744-CAPS(744-2277)
More information about CAPS is availble on the **World Wide Web** at http://www.ci.chi.il.us

You live on Beat_____. You next Beat: Community Meeting will be held(date and time)_____
                    at (location)_____

### TELECOMMUNICATIONS DEVICE FOR THE DEAF/TELETYPE (TDD/TTY)
Hearing-impaired persons who possess such equipment may communicate with the Chicago Police Department 24 hours a d by calling **746-9715**. Hearing-impaired persons in need of assistance during normal business hours may also contact

CASR205

# CHICAGO POLICE DEPARTMENT
# VICTIM INFORMATION NOTICE

CPD-11.380, Part 3-English-(Rev. 2/98)

their local police district or the Preventive Programs and Neighborhood Relations Division at **745-5806**.

## RECOVERY OF PROPERTY - STOLEN VEHICLE RECOVERED
The Chicago Police Department must be notified *IMMEDIATELY,* via the "9-1-1" emergency number, when property report lost or stolen is recovered.

## CREDIT CARDS - CHECKS, LOST OR STOLEN
Immediately notify the concerned credit card issuer or bank by telephone to reduce the possibility of being liable for the unauthorized use of your lost or stolen credit card or check. It is suggested that you also inform the cred card issuer or bank in writing as a follow-up measure to ensure proper notification.

## ILLINOIS CRIME VICTIMS NOTIFICATION
Innocent victims of violent crime may be eligble to receive benefits from the Illinois Crime Victims Compensation Program for such costs as medical, funeral, loss of support and wage loss, *NO RECOVERY IS PROVIDED FOR PROPERTY LOS OR DAMAGE, NOR FOR PAIN OR SUFFERING.* To apply or to determine whether one qualifies, the victim or, if deceased, a relative or dependent, must contact the Illinois Attorney General's Office.

Further information and claim forms can be obtained from:

> Crime Victims Compensation Program
> Office of the Attorney General of Illinois
> 100 West Randolph Street, 13th Floor
> Chicago, IL    60601
> Telephone: 814-2581

Average time to complete: 10 minutes

# Identity Theft Victim's Complaint and Affidavit

*A voluntary form for filing a report with law enforcement, and disputes with credit reporting agencies and creditors about identity theft-related problems. Visit ftc.gov/idtheft to use a secure online version that you can print for your records.*

**Before completing this form:**
1. Place a fraud alert on your credit reports, and review the reports for signs of fraud.
2. Close the accounts that you know, or believe, have been tampered with or opened fraudulently.

## About You (the victim)

### Now

(1) My full legal name: __Trina__ __Louise__ __Carpenter__ _____
First         Middle         Last         Suffix

(2) My date of birth: __03/04/1973__
mm/dd/yyyy

(3) My Social Security number: __323 - 64 - 7324__

(4) My driver's license: __IL__    __C615 8127 3666__
State         Number

(5) My current street address:
__9320 So. Perry AVE__
Number & Street Name         Apartment, Suite, etc.
__Chicago__    __IL__    __66620__
City         State         Zip Code         Country

(6) I have lived at this address since __03/2004__
mm/yyyy

(7) My daytime phone: __(773) 928-2025__
My evening phone: __(872) 731-7282__
My email: __carpentertrina@yahoo.com__

Leave (3) blank until you provide this form to someone with a legitimate business need, like when you are filing your report at the police station or sending the form to a credit reporting agency to correct your credit report.

### At the Time of the Fraud

(8) My full legal name was: __Trina__ __Louse__ __Carpenter__ _____
First         Middle         Last         Suffix

(9) My address was: __9320 So. Perry Ave.__
Number & Street Name         Apartment, Suite, etc.
__Chicago__    __IL__    __60620__
City         State         Zip Code         Country

(10) My daytime phone: __(773) 928-2025__ My evening phone: __(872) 731-7282__
My email: __carpentertrina@yahoo.com__

Skip (8) - (10) if your information has not changed since the fraud.

The Paperwork Reduction Act requires the FTC to display a valid control number (in this case, OMB control #3084-0047) before we can collect – or sponsor the collection of – your information, or require you to provide it.

*Victim's Name* Trina Louise Carpenter *Phone number* (773) 728-2025   *Page 2*

## About You (the victim) (Continued)

### Declarations

(11)   I   ☐ did   OR   ☑ did not   authorize anyone to use my name or personal information to obtain money, credit, loans, goods, or services — or for any other purpose — as described in this report.

(12)   I   ☐ did   OR   ☑ did not   receive any money, goods, services, or other benefit as a result of the events described in this report.

(13)   I   ☑ am   OR   ☐ am not   willing to work with law enforcement if charges are brought against the person(s) who committed the fraud.

## About the Fraud

(14)   I believe the following person used my information or identification documents to open new accounts, use my existing accounts, or commit other fraud.

**(14):** Enter what you know about anyone you believe was involved (even if you don't have complete information).

Name: _____
        First            Middle            Last            Suffix

Address: _____
        Number & Street Name            Apartment, Suite, etc.

_____
   City            State      Zip Code      Country

Phone Numbers: (____) _____   (____) _____

Additional information about this person: _____

_____ Case is being Badestiggter/ _____

_____

_____

_____

_____

_____

Victim's Name _Trina  Louse  Cample_ Phone number (773) 928-2025  Page 3

(15) Additional information about the crime (for example, how the identity thief gained access to your information or which documents or information were used):

_Case  is  being  Investigated_
_I  was  contacted  by_
_Experian  of  me  being  Victim_
_Of  Inentity  theft_

> (14) and (15):
> Attach additional sheets as needed.

## Documentation

(16) I can verify my identity with these documents:

☒ A valid government-issued photo identification card (for example, my driver's license, state-issued ID card, or my passport).
*If you are under 16 and don't have a photo-ID, a copy of your birth certificate or a copy of your official school record showing your enrollment and legal address is acceptable.*

☑ Proof of residency during the time the disputed charges occurred, the loan was made, or the other event took place (for example, a copy of a rental/lease agreement in my name, a utility bill, or an insurance bill).

> (16): Reminder: Attach copies of your identity documents when sending this form to creditors and credit reporting agencies.

## About the Information or Accounts

(17) The following personal information (like my name, address, Social Security number, or date of birth) in my credit report is inaccurate as a result of this identity theft:

(A) _____

(B) _____

(C) _____

(18) Credit inquiries from these companies appear on my credit report as a result of this identity theft:

Company Name: _____

Company Name: _____

Company Name: _____

*Case Remand to be Investigated*

Victim's Name _Trina L. Carfulo_ Phone number (925) 928-2028 Page 4

(19)    Below are details about the different frauds committed using my personal information.

| Name of Institution | Contact Person | Phone | Extension |
|---|---|---|---|

| Account Number | Routing Number | Affected Check Number(s) |
|---|---|---|

Account Type: ☐ Credit ☐ Bank ☐ Phone/Utilities ☐ Loan
☐ Government Benefits ☐ Internet or Email ☐ Other

Select ONE:
☐ This account was opened fraudulently.
☐ This was an existing account that someone tampered with.

| Date Opened or Misused (mm/yyyy) | Date Discovered (mm/yyyy) | Total Amount Obtained ($) |
|---|---|---|

---

| Name of Institution | Contact Person | Phone | Extension |
|---|---|---|---|

| Account Number | Routing Number | Affected Check Number(s) |
|---|---|---|

Account Type: ☐ Credit ☐ Bank ☐ Phone/Utilities ☐ Loan
☐ Government Benefits ☐ Internet or Email ☐ Other

Select ONE:
☐ This account was opened fraudulently.
☐ This was an existing account that someone tampered with.

| Date Opened or Misused (mm/yyyy) | Date Discovered (mm/yyyy) | Total Amount Obtained ($) |
|---|---|---|

---

| Name of Institution | Contact Person | Phone | Extension |
|---|---|---|---|

| Account Number | Routing Number | Affected Check Number(s) |
|---|---|---|

Account Type: ☐ Credit ☐ Bank ☐ Phone/Utilities ☐ Loan
☐ Government Benefits ☐ Internet or Email ☐ Other

Select ONE:
☐ This account was opened fraudulently.
☐ This was an existing account that someone tampered with.

| Date Opened or Misused (mm/yyyy) | Date Discovered (mm/yyyy) | Total Amount Obtained ($) |
|---|---|---|

(19):
If there were more than three frauds, copy this page blank, and attach as many additional copies as necessary.

Enter any applicable information that you have, even if it is incomplete or an estimate.

If the thief committed two types of fraud at one company, list the company twice, giving the information about the two frauds separately.

*Contact Person*: Someone you dealt with, whom an investigator can call about this fraud.

*Account Number*: The number of the credit or debit card, bank account, loan, or other account that was misused.

*Dates*: Indicate when the thief began to misuse your information and when you discovered the problem.

*Amount Obtained*: For instance, the total amount purchased with the card or withdrawn from the account.

Victim's Name _Trina Louise Copela_ Phone number (228) 9 28 2115 Page 5

## Your Law Enforcement Report

(20)    One way to get a credit reporting agency to quickly block identity theft-
related information from appearing on your credit report is to submit a
detailed law enforcement report ("Identity Theft Report"). You can obtain
an Identity Theft Report by taking this form to your local law enforcement
office, along with your supporting documentation. Ask an officer to witness
your signature and complete the rest of the information in this section. It's
important to get your report number, whether or not you are able to file in
person or get a copy of the official law enforcement report. Attach a copy of
any confirmation letter or official law enforcement report you receive when
sending this form to credit reporting agencies.

Select ONE:
- ☐ I have not filed a law enforcement report.
- ☐ I was unable to file any law enforcement report.
- ☑ I filed an automated report with the law enforcement agency listed below.
- ☐ I filed my report in person with the law enforcement officer and agency listed below.

| | |
|---|---|
| Law Enforcement Department | State |

HY 480767
Report Number                Filing Date (mm/dd/yyyy)

Officer's Name (please print)         Officer's Signature

Badge Number                ( ___ )
                            Phone Number

Did the victim receive a copy of the report from the law enforcement officer?     ☐ Yes  OR  ☐ No

Victim's FTC complaint number (if available): 6944593

> **(20):**
> Check "I have not..." if you have not yet filed a report with law enforcement or you have chosen not to. Check "I was unable..." if you tried to file a report but law enforcement refused to take it.
>
> *Automated report:* A law enforcement report filed through an automated system, for example, by telephone, mail, or the Internet, instead of a face-to-face interview with a law enforcement officer.

Victim's Name _Tracy L. Carpenter_    Phone number (_773_) _928-2025_    Page 6

## Signature

**As applicable, sign and date IN THE PRESENCE OF a law enforcement officer, a notary, or a witness.**

(21)    I certify that, to the best of my knowledge and belief, all of the information on and attached to this complaint is true, correct, and complete and made in good faith. I understand that this complaint or the information it contains may be made available to federal, state, and/or local law enforcement agencies for such action within their jurisdiction as they deem appropriate. I understand that knowingly making any false or fraudulent statement or representation to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

Date Sgnd. 4/6/2016

_Tracy Carpenter_
Signature

Birthdates 03/04/1973

Date Signed (mm/dd/yyyy)

## Your Affidavit

(22)    If you do not choose to file a report with law enforcement, you may use this form as an Identity Theft Affidavit to prove to each of the companies where the thief misused your information that you are not responsible for the fraud. While many companies accept this affidavit, others require that you submit different forms. Check with each company to see if it accepts this form. You should also check to see if it requires notarization. If so, sign in the presence of a notary. If it does not, please have one witness (non-relative) sign that you completed and signed this Affidavit.

_Alfred Dellahousaye III_
Notary

9/3/2016

"OFFICIAL SEAL"
ALFRED DELLAHOUSAYE, III
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 09/02/2018

**Witness:**

_____            _____
Signature                                                      Printed Name

_____            _____
Date                                                            Telephone Number

| Form **14039** (April 2016) | Department of the Treasury - Internal Revenue Service **Identity Theft Affidavit** | OMB Number 1545-2139 |
|---|---|---|

Complete this form if you need the IRS to mark an account to identify questionable activity.

**Section A – Check the following boxes in this section that apply to the specific situation you are reporting** *(Required for all filers)*

☒ 1. I am submitting this Form 14039 for myself

☐ 2. I am submitting this Form 14039 in response to a mailed 'Notice' or 'Letter' received from the IRS. If person in **Section C** received IRS 'Notice CP 2000', or other IRS Notice questioning income, follow the instructions on that IRS 'Notice' or 'Letter'.
   • Please provide 'Notice' or 'Letter' number(s) on the line to the right

☐ 3. I am submitting this Form 14039 on behalf of my dependent.
   Please complete **Section F** on reverse side of this form.
   **Caution:** If you are filing this on behalf of a Minor or Dependent, filing this form will protect his or her tax account but it will **not** prevent the dependent in **Section C** below from being claimed as a dependent by another person.

INTERNAL REVENUE SERVICE
W & I - FIELD ASSISTANCE
MAY 0 2 2017

☐ 4. I am submitting this Form 14039 on behalf of another person *(other than my dependent)*
   • Please complete **Section F** on reverse side of this form.

RECEIVED
27404

**Section B – Reason For Filing This Form** *(Required)*

Check only ONE of the following boxes that apply to the person listed in **Section C** below.

☒ 1. Federal tax records **affected** and I am a victim of identity theft

☐ 2. Federal tax records **not affected** and I am a victim of identity theft, or an event has affected/compromised my personal information placing me at-risk to be a future victim of identity theft.

Please provide an explanation of the identity theft issue, how you became aware of it and provide relevant dates.

I, Tking L. Carpenter was notified by Experian Dated October 5, 2015 of an incident of identity being performed against me and my family. From this point on this has been under Investigation for further investigation. The case has escolated to US Supreme Court and now in the Federal Bar

**Section C – Name and Contact Information of Identity Theft Victim or Potential Victim** *(Required)*

| Taxpayer's last name | First name | Middle initial | **Taxpayer Identification Number** *(Please provide your 9-digit SSN or ITIN)* |
|---|---|---|---|
| Carpender | Tking | L- | |

Current mailing address *(apartment or suite number and street, or P.O. Box)* If deceased, please provide last known address.
9320 So. Perry Ave

| City | State | ZIP code |
|---|---|---|
| Chicago | IL | 60620 |

| Tax Year(s) in which you experienced identity theft *(If not known, enter 'Unknown' in one of the boxes below)* | Last tax year a return was filed |
|---|---|
| N/A | |

| Address used on last filed tax return *(If different than 'Current')* | Names used on last filed tax return *(If different than 'Current')* |
|---|---|
| N/A | |

| City (on last tax return filed) | State | ZIP code |
|---|---|---|
| ~~Chicago~~ N/A | N/A | |

| Telephone number with area code *(Optional)* If deceased, please indicate 'Deceased' | Best time(s) to call |
|---|---|
| Home telephone number          Cell phone number | |

Language in which you would like to be contacted   ☒ English   ☐ Spanish

**Section D – State or Federal Issued Identification** *(Required)*   State ID

Submit this completed form and a **clear and legible** photocopy of **at least one** of the following documents to verify the identity of the person listed in **Section C** above. If necessary, enlarge photocopies so all information is clearly visible.

Check the box next to the document(s) you are submitting:

☐ Driver's license   ☐ Social Security Card   ☐ Passport   ☒ Valid U.S. Federal or State government issued identification**

** Federal employees should not copy his or her employee identification cards as 18 U.S.C. prohibits doing so.

**Section E – Penalty of Perjury Statement and Signature** *(Required)*

Under penalty of perjury, I declare that, to the best of my knowledge and belief, the information entered on this Form 14039 is true, correct, complete, and made in good faith.

| Signature of taxpayer, or representative, conservator, parent or guardian | Date signed |
|---|---|
| Tking L. Carpenter | May 2, 2017 |

Catalog Number 52525A          www.irs.gov          Form **14039** (Rev. 4-2016)

State of Illinois
Office of the Secretary of State
Law Enforcement Certification

VEHICLE INFORMATION

Name of Owner(s):   1.   CARPENTER                    IRINA
                              Last                    First            Middle Initial

                    2.   _____
                              Last                    First            Middle Initial

Address of Owner:   9320 S. PERRY

                    CHICAGO                          IL              60620
                              City                    State           ZIP Code

I hereby certify and affirm that I have made a physical inspection of the vehicle and the information below is true and correct.

Vehicle Description:   2003        FORD  TAURUS
                       Year              Make & Model

                       4DR
                             Body Style           Cylinders         Horsepower

                       1FAFP53U33G256300
                             Vehicle Identification Number

(For Second Stage
Vehicle Use Only)        Year         Make          Model          Body Style

                             Vehicle Identification Number

CERTIFICATION INFORMATION
(Please Type or Print)

Name of Law
Enforcement Agency:      SECRETARY OF STATE POLICE

Address:                 103 W. ROOSEVELT RD
                                                   Street

                         VILLA PARK, IL 60181
                                                   City, State, ZIP

Signature of Officer
Making Inspection:       [signature] #132        3/8/16



ILLINOIS SECRETARY OF STATE
# POLICE

## OFFICIAL COMPLAINT LETTER

Date: __November 18, 2015__

Dear __Ms. Carpenter__ :

This office is in receipt of the Official Complaint form you submitted on __November 18, 2015__ . I have reviewed the complaint and have taken the following action:

☐ A case has been initiated for investigation. Investigator _____ has been assigned, and the case number is _____ .

☑ A case has not been initiated to investigate the complaint as submitted, for the following reason(s):

☐ There is not sufficient information available to support an investigation.

☐ There is no evidence of a violation in this complaint.

☐ This incident does not fall within the jurisdiction of the Illinois Secretary of State Police, and your complaint has been forwarded to _____ , as it may fall within their jurisdiction.

☑ This situation is civil in nature. Your driver's license is being suspended for tickets issued to plate #7334697. This has nothing to do with the error in your recorded serial number. YOU NEED TO HIRE A LAWYER TO CONTEST TICKETS.

If I can be of further assistance, please do not hesitate to contact me.

Sincerely,

_____
Signature/ID

Sgt. Elmer Garza
_____
Address

103 West Roosevelt Road
_____
Address

Villa Park, Illinois 60181
_____
City/State/ZIP

630/693-0551, ext. 241
_____
Telephone Number

Received
JAN 1 9 2016
Department of
Finance

ADM-39 FZ                    Printed by authority of the State of Illinois. October 2008 — 1 — SOS DOP 135.4



## OFFICIAL COMPLAINT



ILLINOIS SECRETARY OF STATE
# POLICE
110 E. Adams
Springfield, IL 62701
FAX: 217-785-0049

***Please include all known information and attach copies of all pertinent documentation.***

## Complaining Party Information

| Last Name: Carpenter | First Name: TRing | | Middle Initial: | Date of Birth: 3/4/73 |
|---|---|---|---|---|
| Address: 9320 So Kent Ave | | City: Chicago | State: IL | ZIP Code: 60620 |
| Driver's License/ID Card Number: 615-8127-3666 | | Primary Telephone Number: (773) 928-2025 | | Secondary Telephone Number: |
| Relationship to Subject of Complaint: N/A | | Email Address: Carpenter.tR.nap@yahoo.com | | |

## Subject of Complaint

| Last Name: | First Name: | | Middle Initial: | Date of Birth: |
|---|---|---|---|---|
| Address: | | City: | State: | ZIP Code: |
| Driver's License/ID Card Number: | | Primary Telephone Number: | | Secondary Telephone Number: |
| Place of Employment (If Vehicle Dealer, give name of Dealership): | | | | |
| Address: | | City: | State: | ZIP Code: |
| Dealer Number: | Business Telephone Number: | | | Salesperson: |

## Vehicle Information (If Applicable)

| 1) Year: 2003 | Make: FORD | Model: Taurus | Color: Blue |
|---|---|---|---|
| Vehicle Identification Number: 1FAFP53U33G256300 | | Registration Number: 0149 3013 | |
| 2) Year: | Make: | Model: | Color: |
| Vehicle Identification Number: | | Registration Number: | |

Please provide a narrative of your complaint, including as much detailed information as possible. (Use reverse side if needed.)

There is a administrative Error with my
Vehicle Identification Number the Correct VIN(Vehicle
Number) is listed above which is 1FAFP53U33G256300
I have an administrative hereing on 12/15/2015
due to the fact of I am a victim of Identify
theft and my License was Wrongly Suspended.
Evidence is attached of the hereing date and
the police report of Identity theft any Questions
Call me at (773) 928-2025. P.S. Case was Reported to NCHTSA,
Office of Attorney General

I hereby affirm that the information I have provided herein is true and correct to the best of my knowledge and belief. I submit this complaint as part of my request that the Illinois Secretary of State Police conduct a criminal investigation based on these facts. I understand that I may be called upon to testify in criminal proceedings as a Complaining Witness.

*Tina S. Carpenter*
Signature of Complainant

→ NOV 18, 2015
Date

TRing Louise Carpenter
Full Name of Complainant (print)

Received
JAN 19 2016
Department of Finance

Return To: Illinois Secretary of State Police, _____

| (For Office Use Only) Date Received: _____ Reviewed By: _____ ID Number: _____ Date: _____ |
|---|
| Open Case? ☐ Yes ☐ No   Case Number: _____   Complainant Notified? ☐ Yes ☐ No |

ADM-39 F1

Printed by authority of the State of Illinois. July 2015 — 1 — SOS DOP 134.4

ILLINOIS SECRETARY OF STATE
**POLICE**

# OFFICIAL COMPLAINT LETTER

Longigado

Manley Case
# 2015-11917

Date: __November 18, 2015__

Dear __Ms. Carpenter__

This office is in receipt of the Official Complaint form you submitted on __November 18, 2015__. I have reviewed the complaint and have taken the following action:

☐ A case has been initiated for investigation. Investigator _____ has been assigned, and the case number is _____.

☑ A case has not been initiated to investigate the complaint as submitted, for the following reason(s):

☐ There is not sufficient information available to support an investigation.

☐ There is no evidence of a violation in this complaint.

☐ This incident does not fall within the jurisdiction of the Illinois Secretary of State Police, and your complaint has been forwarded to _____, as it may fall within their jurisdiction.

☑ This situation is civil in nature. Your driver's license is being suspended for tickets issued to plate #7334697. This has nothing to do with the error in your recorded serial number. YOU NEED TO HIRE A LAWYER TO CONTEST TICKETS.

If I can be of further assistance, please do not hesitate to contact me.

Sincerely,

_____
Signature/ID

Sgt. Elmer Garza
_____
Address

103 West Roosevelt Road
_____
Address

Villa Park, Illinois 60181
_____
City/State/ZIP

630/693-0551, ext. 241
_____
Telephone Number

ADM 39 F2

Printed by authority of the State of Illinois. October 2008 — 1 — SOS DOP 135.4

A parking enforcement officer issues a ticket to a
vehicle that is illegally parked on Thursday since blue
parking placards no longer entitle holders to free
parking. | Alex Wroblewski~Sun-Times 01/16/14

To generate millions and give
beleaguered scofflaws a break, Mayor
Rahm Emanuel on Friday authorized a
six-week amnesty program that will
extend to all outstanding debts owed
to the city — not just parking, red-light
and speed cameras tickets.

City Hall has been reluctant to offer
frequent amnesty programs for fear of
reducing collection rates by creating
the expectation of periodic breaks.

But the City Council's Progressive
Caucus has urged the mayor to throw
scofflaws a bone to reduce the city's
mountain of outstanding debt and chip
away at the $30 billion pension crisis
that has dropped Chicago's bond
rating to junk status.

*Kenneth Johnson*

*From Secretary of State Printed this off on 11/16/2015 and handed this to be on December 15, 2015 and referred me to the amnesty program*

**Protests after witnesses say handcuffed** | **2 sheriff's deputies seen in beating** | **FBI: Weapons missing after break-in at**

Everyday Chicagoans also appealed for another amnesty during three town hall meetings Emanuel held this week to solicit cost-cutting and revenue-raising ideas from the general public.

The appeals got even louder after the Chicago Sun-Times disclosed that Emanuel was poised to raise property taxes by $500 million for police and fire pensions and school construction and raise $100 million more by imposing a suburban-style garbage collection fee.

On Friday, the mayor embraced the idea and spelled out the details.

The amnesty will run for six weeks—from Nov. 1 until Dec. 15—and apply to anyone who owes the city money—whether it's a motorist with outstanding parking, red-light or speed camera tickets or a business with outstanding violations and overdue taxes. To qualify, the tickets or violations must have occurred before 2012.

During that six-week window, accrued penalties and interest from the old tickets, violations and back-taxes will

be waived. Scofflaws will still pay the face value of the ticket or the base amount of the fine. The rest of the slate will be wiped clean.

After Dec. 15, the penalties and interest will start accumulating once again.

As a further sweetener, Emanuel plans to introduce an amendment that will allow all motor vehicle owners to enter into a payment plan before fines and fees on parking tickets double.

Currently, payment plans are only available after the fines double. The city also plans to simplify payment plan options for motorists by allowing them to sign up online.

The six-week amnesty will be Chicago's third in thirteen years.

In 2002, City Hall raked in more than $8.2 million and wiped 242,000 old parking tickets off the books with a six-week parking ticket amnesty followed by a drop in the boot threshold — from five unpaid tickets to three.

Scofflaws were lured by the city's offer to waive the ticket penalty in full and roll it back to the original fine amount.

Seven years later, the city collected $7 million and wiped 135,000 unpaid parking and red-light tickets off the books during a 10-week amnesty that set the stage for a booting blitz.

Once again, amnesty was used to soften the blow of a drop in the booting threshold—from three unpaid tickets to two older than one year. When the amnesty opened, 170,000 motorists fell into that category.

At the time, scofflaws were offered a smaller carrot. The city waived only 50 percent of the penalties, and only on tickets issued before Jan. 1, 2007. In order to qualify, tickets had to be paid in full.

But even with the smaller incentive, motorists embraced the opportunity to wipe the slate clean.

Although the Office of Budget and Management projected a $1 million take, the amnesty produced seven times that amount and a record number of online payments.

This time, City Hall made no projections. But Emanuel knows that grace period will play well with delinquent motorists eager to get off the city's boot list and business scofflaws determined to lift the brick on city licenses.

"In preparing the 2016 budget, I've heard from many residents and aldermen seeking an amnesty program for outstanding debt along with simplified payment plan options for motorists," the mayor was quoted as saying in a press release.

"The amnesty plan is part and parcel of the city's stronger scofflaw enforcement strategy that ensures

Police Id MY 480 767

::: Experian

*[handwritten:]* Trans Union
was contacted
through the system at
Purchasson
I.D.
Theft

*[handwritten top right:]* Deceptive Practice Financial
Identity Theft 420
B 300 00
October 5, 2015

*[handwritten:]* Equifax Fraud Alert
was placed 10/26/2015
I called @ 8'44 Amy
Chicago time
Confirmation
52990/5558

B3739-L01-1127639 0055 00003593 ************5-DIGIT 60620
TRINA CARPENTER
9320 S PERRY AVE
CHICAGO, IL 60620-1421

I am writing to let you know of an incident that occurred involving T-Mobile USA data housed at Experian that may have involved an unauthorized disclosure of your personal information.

On September 15, 2015, we discovered that an unauthorized party accessed certain Experian servers. We immediately began to investigate the incident and to implement additional security measures.

On September 21, 2015, we notified T-Mobile USA, Inc. that information Experian maintains on their behalf to perform credit checks had been downloaded by the unauthorized party. Information you provided when you applied for an account at T-Mobile likely was acquired. That information includes your name, address, social security number, date of birth, identification number (such as driver's license, military ID, or passport number) and additional information used in T-Mobile's own credit assessment. No payment card or banking information was obtained. This did not involve access to Experian's credit reporting database.

Experian has notified appropriate federal, state and international law enforcement agencies and has taken additional security steps to help prevent future incidents.

## What We Are Doing to Protect You

First and foremost, we want to sincerely apologize to you if any of your personal information was disclosed in this incident. We recognize that this issue can be frustrating, and we are taking steps to protect you and your personal information.

To help protect your identity, we are offering a **complimentary** two-year membership in ProtectMyID® Elite credit monitoring and identity theft resolution services. This product may help detect misuse of your personal information and provides you with identity protection support focused on prompt identification and resolution of identity theft. To Activate ProtectMyID please do the following:

1. ENSURE **That You Enroll By April 30, 2016**
2. VISIT the **ProtectMyID Web Site** to enroll: www.protectmyid.com/securityincident

If you have questions or need an alternative to enrolling online, please call Experian at 866-369-0422.

*[handwritten:]* Spoke To:
ASA on 10/26/2015 at 3 4e
Experian Consumer Services
Dept. Hamilton, OHio
at Chicago at 8:17 A.M.
I b F: Enrolled into a complimentary two-year Membership Protect w/
Elite Credit Monitoring and Identity theft resolution Services

*[handwritten right:]* F Tc Reference No:
669 644593
on 10/26/2015

 Experian

October 5, 2015

 B3739-L01-6099418 0054 00003545 ************5-DIGIT 60620
KEITH B CLOUGH
9320 S PERRY AVE
CHICAGO, IL 60620-1421
|‖||‖||‖||‖|⊶||‖|‖|‖⊶||‖⊶||‖|‖||‖|‖||||‖|‖||‖||‖||‖||‖|||

I am writing to let you know of an incident that occurred involving T-Mobile USA data housed at Experian that may have involved an unauthorized disclosure of your personal information.

On September 15, 2015, we discovered that an unauthorized party accessed certain Experian servers. We immediately began to investigate the incident and to implement additional security measures.

On September 21, 2015, we notified T-Mobile USA, Inc. that information Experian maintains on their behalf to perform credit checks had been downloaded by the unauthorized party. Information you provided when you applied for an account at T-Mobile likely was acquired. That information includes your name, address, social security number, date of birth, identification number (such as driver's license, military ID, or passport number) and additional information used in T-Mobile's own credit assessment. No payment card or banking information was obtained. This did not involve access to Experian's credit reporting database.

Experian has notified appropriate federal, state and international law enforcement agencies and has taken additional security steps to help prevent future incidents.

### What We Are Doing to Protect You

First and foremost, we want to sincerely apologize to you if any of your personal information was disclosed in this incident. We recognize that this issue can be frustrating, and we are taking steps to protect you and your personal information.

To help protect your identity, we are offering a **complimentary** two-year membership in ProtectMyID® Elite credit monitoring and identity theft resolution services. This product may help detect misuse of your personal information and provides you with identity protection support focused on prompt identification and resolution of identity theft. To Activate ProtectMyID please do the following:

1. ENSURE **That You Enroll By April 30, 2016**
2. VISIT the **ProtectMyID Web Site to enroll: www.protectmyid.com/securityincident**

If you have questions or need an alternative to enrolling online, please call Experian at 866-369-0422.

6099418



B3739-L01

## What You Can Do to Protect Yourself

There are additional steps you can take to protect yourself from fraudulent activity and identity theft:

## Monitor your credit reports for fraudulent transactions or accounts

- Obtain a free copy of your credit report maintained by each of the three credit reporting agencies by visiting www.annualcreditreport.com or by calling toll-free 877-322-8228.
- Review your reports carefully. If you find anything you do not understand or that is incorrect, contact the appropriate credit reporting agency.
- If you suspect fraudulent activity, contact your local law enforcement agency, the attorney general of your state, and the Federal Trade Commission.

## Consider contacting the credit reporting agencies directly to activate a fraud alert or a security freeze

- A fraud alert will notify any merchant checking your credit history that you may be the victim of identity theft and that the merchant should take additional measures to verify the application. Notifying any of the three credit reporting agencies will place an alert on your file across all three.
- A security freeze restricts all creditor access to your account, but might also delay any requests you make for new accounts. Inquire with the credit reporting agencies for their specific procedures regarding security freezes.

Contact information for the three credit reporting agencies:

- Equifax: 1-800-525-6285; www.equifax.com; P.O. Box 740241, Atlanta, GA 30374-0241
- Experian: 1-888-EXPERIAN (397-3742); www.experian.com; P.O. Box 9554, Allen, TX 75013
- TransUnion: 1-800-680-7289; www.transunion.com; Fraud Victim Assistance Division, P.O. Box 2000, Chester, PA 19022-2000

## If You Have Questions

The Federal Trade Commission provides information about how to avoid identity theft and what to do if you suspect your identity has been stolen. They can be contacted at consumer.ftc.gov, 1-877-ID-THEFT (877-438-4338), or The FTC Identity Theft Clearinghouse, 600 Pennsylvania Avenue, NW, Washington, D.C. 20580.

You can also get information from your state's Attorney General –
http://www.illinoisattorneygeneral.gov/.

For the latest information on this incident go to: www.experian.com/T-MobileFacts

You can also contact us in writing at Experian, P.O. Box 9554, Allen, TX 75013, or you can call us at 866-369-0422.

On behalf of Experian, we sincerely apologize for any inconvenience this may cause you.

Sincerely,

Craig Boundy
CEO North America

ES739-L01

Case # 15-0910

From: Trina Louise Carpenter
     9320 So. Perry Ave.
     Chicago, IL. 60620

To: Ramon Santra
FOIA Officer
U.S. Department of Commerce
Office of Inspector General
Room 7896
401 Constitution Avenue N.W.
Washington, D.C. 20230
Phone (202)482-5992
Fax: (202) 501-7335

March 4, 2016
  I, Trina L. Carpenter is responding to your email and requesting a Freedom of Information. In reference to my request the following statements legally prove my identification.

Under 28 U. S. C. § 1746 my full name is Trina Louise Carpenter. As of this date my address is 9320 South Perry Ave. Chicago IL. 60620.

If executed within the United States, its territories, possessions, or commonwealths:

I declare (or certify, verify, or state, under penalty of perjury that the foregoing is true and correct executed this 4th day of March 2016.

Any further questions call me at my home number at (773)928-2025 or my cell number at (872)731-7282

Sincerely,
Trina Louise Carpenter

This is my true and correct signature



**JESSE WHITE**
Secretary of State · State of Illinois

## Persons with Disabilities Certification for Parking Placard/License Plates

**DIRECTIONS:** Both sides of this document must be signed and completed. Applicants complete the appropriate section (Part 1 for applicant or Part 4 for family members driving a person with disabilities). Your physician, advanced practice nurse, optometrist or physician's assistant MUST complete Part 2. If you are also applying for meter-exempt parking, your physician, advanced practice nurse or physician's assistant must also complete Part 3.

**PART 1: Applicant Information**
I hereby certify that I meet the definition of a person with a disability as provided in 625 ILCS 5/1-159.1, and I certify that my physical condition entitles me to the issuance of a Persons with Disabilities Parking Placard/License Plates. By affixing my signature below, I understand that the parking placard/license plates may not be used unless I am the driver or passenger of the vehicle

**WARNING:** Misuse of a parking placard/plates or making a false application may result in revocation of your placard/plates, ≥ 12-month suspension or revocation of your driver's license and a fine of up to $1,000.

| Name of Person with Disability | | Male/Female | Date of Birth |
|---|---|---|---|
| Trina Carpenter | | F | 3/4/73 |

| Address | City, State, ZIP | | Today's Date |
|---|---|---|---|
| 9320 S. Perry | Chicago, IL 60620 | | |

| Daytime Telephone Number | Disability Parking Placard # (if any) | Disability Plate # (if any) | |
|---|---|---|---|
| (773) 928-7025 | | | |

| Signature of Person with Disability | Illinois Driver's License or Illinois ID Card # of Person with Disability |
|---|---|
| Trina Carpenter | 733 4697  C615-8127-3666 |

**PART 2: Medical Eligibility Standards and Medical Professional Certification**
As a licensed physician, advanced practice nurse, optometrist or physician's assistant, I certify that the individual named in Part 1 has a condition that constitutes him/her as a person with disabilities as defined in statute due to a diagnosis of: _Chroni Leg pain following Fractures of (L) Tibia._

**Check all that apply:**
___ Patient is restricted by a lung disease to such a degree that the person's forced (respiratory) expiratory volume (FEV) is one second, when measured by spirometry, is less than one liter.
___ Patient uses a portable oxygen device.
___ Patient has a Class III or Class IV cardiac condition according to the standards set by the American Heart Association.
___ Patient cannot walk without the assistance of a wheelchair, walker, crutch, brace, and other prosthetic device or without the assistance of another person.
✓ Patient is severely limited in the ability to walk due to an arthritic, neurological, oncological or orthopedic condition.
___ Patient cannot walk 200 feet without stopping to rest because of one of the above five conditions.
___ Patient is missing a hand or arm or has permanently lost the use of a hand or arm.

**LENGTH OF DISABILITY:** (check one)
☐ Disability is permanent (Note: Form must be mailed to the Springfield address on the reverse side.)
☐ Disability is temporary; must state duration (maximum 6 months)_____ (Note: Form may be mailed to the Springfield address on the reverse side.)

As the medical professional(s) executing this document and verifying the nature of the applicant's disability, I understand that making a false representation of a person's disability for the purposes of obtaining any type of disabled parking placard or plates may result in a suspension or revocation of my driver's license and a fine of up to $1,000.

| | | 773-821-1414 |
|---|---|---|
| | | Office Telephone Number |

| Medical Professional's Printed Name | Specialty |
|---|---|
| Shankar Dey | |

| Address | City, State, ZIP | Today's Date |
|---|---|---|
| 11416 South Michigan Ave | Chicago IL 60628 | 5/9/14 |
| | 036.119539 | |

Medical Professional's Signature

**1416 S. MICHIGAN AVE**
**CHICAGO, IL 60628**
**773-821-14**  **FAX: 773-821-1**

II. License Number

Name of Collaborating/Supervising Physician (if signed by Advanced Practice Nurse

Supervising Physician State Medical License #

JESSE WHITE

Secretary of State · State of Illinois

PART 3: Medical Eligibility for Meter-Exempt Parking and Physician's Certification
The meter-exempt parking certification must be completed only when the applicant qualifies for meter-exempt parking. To qualify, the applicant must have a valid Illinois driver's license, have an ambulatory disability described in Part 2 and also have one of the following conditions listed below. Economic need is not a consideration for meter-exempt parking.

I hereby certify _Trina Carpenter_ (Name of Person with Disability) _____ (Illinois Driver's License of Person with Disability) as listed in Part 1 of this application is also eligible for meter-exempt parking as provided by statute due to the following PERMANENT medical condition or disability:

Check all that apply:
____ The patient cannot manage, manipulate, or insert coins, or obtain tickets or tokens in parking meters or ticket machines in parking lots due to the lack of fine motor control of BOTH hands.
____ The patient cannot reach above his/her head to a height of 42 inches from the ground due to a lack of finger, hand or upper-extremity strength or mobility.
____ The patient cannot approach a parking meter due to his/her use of a wheelchair or other device for mobility.
__✓__ The patient cannot walk more than 20 feet due to an orthopedic, neurological, cardiovascular or lung condition in which the degree of debilitation is so severe that it almost completely impedes the ability to walk.

| Signature of Physician / Advanced Practice Nurse/Physician's Assistant | 5/9/14 Today's Date |
|---|---|
| Name of Collaborating/Supervising Physician (if signed above by Advanced Practice Nurse or Physician's Assistant) | Supervising Physician's State Medical License # |

PART 4: Disability License Plates for Parent, Immediate Family Member or Legal Guardian Only:
I hereby apply for disability license plates as a parent, legal guardian or immediate family member residing in the household of the disabled individual named in Part 1. This disabled individual owns no motor vehicles and I have primary responsibility for his/her mode of transportation. By affixing my signature below, I understand that the license plates may not be used unless I am transporting the disabled individual in the vehicle.

WARNING: Any misuse of the disability license plates may result in revocation of the plates, a 12-month suspension or revocation of your driver's license and a fine of up to $1,000.

| Parent's, Legal Guardian's or Family Member's Name | Relationship to Person with Disability | Today's Date |
|---|---|---|
| Address | City, State, ZIP | |
| Parent's, Legal Guardian's or Family Member's Signature | Driver's License # of Parent, Legal Guardian or Family Member | |
| Daytime Telephone Number | | |

Temporary Disabled Parking Placard applications may be taken to any Secretary of State facility or mailed to the following address. Permanent Disabled Parking Placard applications must be mailed to: Secretary of State, Persons with Disabilities License Plates/Placard Unit, 501 S. Second St., Rm. 541, Springfield, IL 62756.

FOR OFFICE USE ONLY

Parking Placard Number: _____  Expiration Date: _____
Issued By: _____  Issue Date: _____

From: Chardae J. Carpenter
9320 So. Perry Ave.
Chicago, IL. 60620
Telephone Number: 1(312)998-3828
Email: chardaecarpenter@gmail.com
SSN: ━━━━━━━━
Confirmation: 6280050834

January 28, 2017

Attention: Equifax Dispute Department
Fax Number: 1(888)826-0727

RE: Dispute against NCB Management Account#300010286448

Per conversation with Msam of the Equifax Dispute Department on Friday; January 27, 2017 at 5:20pm eastern time. I, Chardae J. Carpenter was advised to fax a copy of my Identification Card and Social Security Card to the Equifax Dispute Department for verification purposes under Equifax Confirmation Number 6280050834. The last 4 digits of my Social Security Number are ━━━━. I, Chardae J. Carpenter was also advised to state the reason that I am disputing NCB Management off of my credit report.

Reason for Dispute:

I, Chardae J. Carpenter am disputing NCB Management Account Number 300010286448 off of my credit report due to the fact that the vehicle which was financed under the account number listed above was sold to me with hidden damages that I was **unaware** of. The vehicle of this account which was originally financed under Santander Consumer USA INC should not have been ever financed with such damages that I was unaware at the time of purchase.

These hidden damages consisted of an inaccurate odometer, hidden engine problems, fuel injector problems and other serious problems that I was not informed of when I purchased this vehicle from Midway Dodge on January 21, 2012. The vehicle was taken from me December 20, 2013 after me and my mother starting complaining to Midway Dodge and Santander Consumer USA INC concerning the misrepresentations, deficiencies, and errors that deceived us into the repossession process.

Due to this factual information; I, Chardae J. Carpenter pray that all three credit bureaus Equifax, Experian, and TransUnion delete NCB Management off of my credit report. Any questions, contact me to best of your convenience. Attached with this document is my Identification Card and Social Security Card. Thank you all for giving me the opportunity to dispute NCB Management off of my credit report.

Sincerely,

Chardae J. Carpenter

Trina L. Carpenter
9320 So. Perry Ave.
Chicago, IL. 60620
SSN: 3~~~~~~~4
Email: carpenter.trina@yahoo.com
Confirmation Number: 7053048260
Updated Police Report Number: JA164183

Wednesday; February 22, 2017

TO: Equifax
Attention: Fraud Department
Fax Number (888)826-0549

**Re: Advised by Gabby Id Number Hvr2 of Equifax Fraud Department to get an updated Police Report and fax to Equifax Fraud Department under Confirmation Number7053048260. Last Four Digits of SSN:** ▇▇▇

Per Conversation with Gabby ID Number Hvr2 of Equifax Fraud Department from 11:13am central time to 11:35am central time on Wednesday; February 22, 2017: Gabby advised me, Trina L. Carpenter; to get an updated police report and fax a copy of an updated police report to the Equifax Fraud Department of the conspiracy that was discovered through serious investigation with the three credit bureaus Equifax, Experian, & TransUnion, and also with the Consumer Financial Protection Bureau (CFPB Complaint No# 161220-000477) and the Federal Trade Commission(FTC) performed by PNC Bank NA, Metro Ford Dealership, and GM Financial against me, my family members, and my children involving Identity Theft, my license being wrongfully suspended, and other various incidents that were performed against us. Any other questions contact Trina L. Carpenter by any means of communication that is to you all convenience.

P. S.
Case remains to be under serious investigation. There are other pending disputes that are under serious investigation.

Sincerely,
Trina L. Carpenter

Trina L. Carpenter
9320 So. Perry Ave.
Chicago, IL. 60620
SSN: ▇▇▇▇▇▇
Email: carpenter.trina@yahoo.com
**Important Notice: Supervisor Demaura ID# 25677 of <u>Experian's Protect</u>
<u>My ID Consumer Services</u> is aware that I, Trina L.
Carpenter will be sending Updated Police Report.
My Protect My ID Membership Number is** ▇▇▇▇▇▇

Equifax Confirmation Number: 7053048260
**Updated Police Report Number: JA164183**

Wednesday; February 22, 2017                    **Experian Report Number: 0428213180**

TO: Equifax                                      **Correspondence Mailed To: Experian**
Attention: Fraud Department                                        **PO Box 9701**
Fax Number (888)826-0549                                    **Allen, Texas 75013**

**Re: Advised by Gabby Id Number Hvr2 of Equifax Fraud Department to get an updated Police
Report and fax to Equifax Fraud Department under Confirmation Number7053048260. Last
Four Digits of SSN:** ▇▇▇▇

Per Conversation with Gabby ID Number Hvr2 of Equifax Fraud Department from 11:13am
central time to 11:35am central time on Wednesday; February 22, 2017: Gabby advised me,
Trina L. Carpenter; to get an updated police report and fax a copy of an updated police report
to the Equifax Fraud Department of the conspiracy that was discovered through serious
investigation with the three credit bureaus Equifax, Experian, & TransUnion, and also with the
Consumer Financial Protection Bureau (CFPB Complaint No# 161220-000477) and the Federal
Trade Commission(FTC) performed by PNC Bank NA, Metro Ford Dealership, and GM Financial
against me, my family members, and my children involving Identity Theft, my license being
wrongfully suspended, and other various incidents that were performed against us. **Supervisor
Demaura ID# 25677 of <u>Experian's Protect My ID Consumer Services</u> who I spoke to on Friday; February
24, 2017 at 11:45am central time to 11:52am central time is aware that I, Trina L. Carpenter will be
sending to Experian a copy of an Updated Police Report, a copy of Government Issued ID, and a copy
of Utility Bill to Prove Address. A copy of this correspondence is also being sent to TransUnion and
CFPB (CFPB will forward this correspondence to the FTC).** Any other questions contact Trina L.
Carpenter by any means of communication that is to you all convenience.

P. S.
Case remains to be under serious investigation. There are other pending disputes that are
under serious investigation.

Sincerely,
Trina L. Carpenter
*Trina L. Carpenter*

Trina L. Carpenter
9320 So. Perry Ave.
Chicago, IL. 60620
SSN: ▬▬▬▬▬
Email: carpenter.trina@yahoo.com
Equifax Confirmation Number: 7053048260
Updated Police Report Number: JA164183

**IMPORTANT NOTICE TO: TransUnion's CCD Department Per Conversation with William Carson of TransUnion's Special Handling Fraud Department on Feb. 24, 2017 12:50pm eastern time to 12:59 eastern time. Fax a copy of Updated Police Report.**

Wednesday; February 22, 2017

**TransUnion File Number: 370425939 Last 4 Digits of SSN:▬**

TO: Equifax
Attention: Fraud Department
Fax Number (888)826-0549

**Correspondence Faxed To: TransUnion**
**Consumer Contact Department**
**Fax Number: (610)546-4771**

**Re: Advised by Gabby Id Number Hvr2 of Equifax Fraud Department to get an updated Police Report and fax to Equifax Fraud Department under Confirmation Number7053048260. Last Four Digits of SSN: ▬**

Per Conversation with Gabby ID Number Hvr2 of Equifax Fraud Department from 11:13am central time to 11:35am central time on Wednesday; February 22, 2017: Gabby advised me, Trina L. Carpenter; to get an updated police report and fax a copy of an updated police report to the Equifax Fraud Department of the conspiracy that was discovered through serious investigation with the three credit bureaus Equifax, Experian, & TransUnion, and also with the Consumer Financial Protection Bureau (CFPB Complaint No# 161220-000477) and the Federal Trade Commission(FTC) performed by PNC Bank NA, Metro Ford Dealership, and GM Financial against me, my family members, and my children involving Identity Theft, my license being wrongfully suspended, and other various incidents that were performed against us. **Correspondence also being sent to Experian, CFPB, and will be forwarded to FTC.** Any other questions contact Trina L. Carpenter by any means of communication that is to you all convenience.

P. S.
Case remains to be under serious investigation. There are other pending disputes that are under serious investigation.

Sincerely,
Trina L. Carpenter

Trina L. Carpenter
9320 So. Perry Ave.
Chicago, IL. 60620
(872)731-7282
carpenter.trina@yahoo.com
CFPB Complaint No: 161220-000477

Wednesday; February 22, 2017

TO: Consumer Financial Protection Bureau (CFPB)
Fax: (855)237-2392
   P.O. Box 4503
   Iowa City, Iowa 52244

**Re: Advised by Shalonda ID Number W284680 of the Consumer Financial Protection
Bureau to fax an updated copy of a Police Report to the Consumer Financial Protection
Bureau (CFPB) under CFPB Complaint Number 161220-000477.**

Per conversation with Shalonda ID# W284680 of CFPB at 10:43am mountain time and also with
Gabby ID Number Hvr2 of Equifax Fraud Department from 11:13am central time to 11:35am
central time on Wednesday; February 22, 2017: Gabby ID Number Hvr2 of Equifax Fraud
Department originally advised me, Trina L. Carpenter; to get an updated police report and fax a
copy of an updated police report to the Equifax Fraud Department of the conspiracy that was
discovered through serious investigation with the three credit bureaus Equifax, Experian, &
TransUnion, and also with the Consumer Financial Protection Bureau (CFPB Complaint No#
161220-000477) and the Federal Trade Commission(FTC) performed by PNC Bank NA, Metro
Ford Dealership, and GM Financial against me, my family members, and my children involving
Identity Theft, my license being wrongfully suspended, and other various incidents that were
performed against us. Any other questions contact Trina L. Carpenter by any means of
communication that is to you all convenience.

P. S.
Case remains to be under serious investigation. There are other pending disputes that are under
serious investigation.

Sincerely,
Trina L. Carpenter

*Referred to City Amnesty by Kenneth Johnson Program Administrator*

## NOTICE OF HEARING

IN THE MATTER OF THE SUSPENSION
OF THE DRIVERS LICENSE AND DRIVING
PRIVILEGES OF THE PETITIONER:

File Number CP-045-15
Drivers License No. C615-8127-3666

TRINA L. CARPENTER
9320 SOUTH PERRY
CHICAGO, IL 60620

YOU ARE HEREBY NOTIFIED THAT pursuant to your request, a hearing in the above matter will be held on the **15th** day of **December, 2015,** at the hour of **1:30PM**, in the Department of Administrative Hearings, 17 North State Street, Suite 1200, Chicago, Illinois, 60602, before a duly appointed Hearing Officer.

THE PURPOSE OF SAID HEARING is to afford you an opportunity to contest the action of the Secretary of State in the suspension of your drivers license and driving privileges. The action of the Secretary of State was taken pursuant to 625 ILCS, Section 6-306.5 of the Illinois Revised Statutes because:

**You have failed to pay fines and/or penalties due and owing as a result of 10 or more violations of a municipality's vehicular standing or parking regulations.**

YOU ARE FURTHER ADVISED that you may bring an Attorney to represent you. You will be given an opportunity to present in person or by counsel such evidence as may be pertinent to your case and to cross any witness of the Secretary of State. Your failure to appear shall result in an Order of Default. Continuances must be requested in writing at least five days before the scheduled hearing or on the day of the hearing for good cause shown.

ATTENTION: PLEASE BE PROMPT IN APPEARING AT THE SPECIFIED TIME.

DATE:   This 12th day of November, AD, 2015

DIRECT ALL INQUIRIES TO:

Department of Administrative Hearings
Formal Hearings Division
Suite 1200
17 N. State Street
Chicago, Illinois  60602
(312) 793-3722

**Jesse White**
**Secretary of State**
**State of Illinois**

*Hearing Officer*
*Kenneth Jasenor Johnson*
*(maybe the correct spelling)*
*of his last name*
*Of the Secretary of*
*State Dept of Administrative*
*Hearings on 17 N State Street*
*Chsoi IL 60602 Referred me*
*to a City Amnesty Program in 12/15/2015*

## NOTICE OF HEARING

IN THE MATTER OF THE SUSPENSION
OF THE DRIVERS LICENSE AND DRIVING
PRIVILEGES OF THE PETITIONER:

File Number CP-007-17
Drivers License No. C615-8127-3666

TRINA L. CARPENTER
9320 SOUTH PERRY
CHICAGO, IL 60620

---

**YOU ARE HEREBY NOTIFIED THAT** pursuant to your request, a hearing in the
above matter will be held on the **15th** day of **February, 2017,** at the hour of **2:00PM,** in the Department of
Administrative Hearings, 17 North State Street, Suite 1200, Chicago, Illinois, 60602, before a duly appointed
Hearing Officer.

**THE PURPOSE OF SAID HEARING** is to afford you an opportunity to contest the
action of the Secretary of State in the suspension of your drivers license and driving privileges. The action
of the Secretary of State was taken pursuant to 625 ILCS, Section 6-306.5 of the Illinois Revised Statutes
because:

**You have failed to pay fines and/or penalties due and owing as a result of 10 or more violations of a
municipality's vehicular standing or parking regulations.**

**YOU ARE FURTHER ADVISED** that you may bring an Attorney to represent you. You will be given an
opportunity to present in person or by counsel such evidence as may be pertinent to your case and to cross any
witness of the Secretary of State. Your failure to appear shall result in an Order of Default. Continuances must be
requested in writing at least five days before the scheduled hearing or on the day of the hearing for good cause
shown.

## ATTENTION: PLEASE BE PROMPT IN APPEARING AT THE SPECIFIED TIME.

**DATE:** This 25th day of January, AD, 2017

### DIRECT ALL INQUIRIES TO:

Department of Administrative Hearings
Formal Hearings Division
Suite 1200
17 N. State Street
Chicago, Illinois 60602
(312) 793-3722

Jesse White
Secretary of State
State of Illinois

Hearing Officer Kenneth,
Jason or Johnson maybe
be his correct spelling of
his last name did not give
me correct instructions on
on Feb 15, 2017. I asked him
correct procedures instructions and
he gave me a notice that he wanted
be did write to Hearing to Sucky State.

## APPEARANCE AND MOTION SHEET

PETITIONER'S NAME: _Trina L Carpenter_

DRIVER'S LICENSE NUMBER: _C615-8127-3666_

DATE OF HEARING: _2-15-2017_

### APPEARANCE BY ATTORNEY

ATTORNEY: _____

ATTORNEY'S ADDRESS: _____

_I TKina Carpenter did instact kennoth Jylen or Juhnen nybelhs Correct cust have showing at the Secretary of Stake locoder 17 N. Stake Street Chicago, Illino is 60602 that the Case has moved to the C.S. Supreme Court and it is UP for a rediewio_

ATTORNEY"S TELEPHONE NUMBER: _____

### MOTION

_____ MOTION TO WITHDRAW REQUEST FOR HEARING.

__X__ MOTION TO CONTINUE HEARING.

REASON FOR CONTINUANCE: _Petitioner has Pendiny hearing betore City of Chicago Recomend 60 day date_

HEARING OFFICER COMMENTS: _____

_____

_Kennet P Nuson_
HEARING OFFICER'S SIGNATURE

_Trina Carpenter_
PETITIONER'S SIGNATURE.

## NOTICE OF HEARING

**IN THE MATTER OF THE SUSPENSION**  **File Number CP-007-17**
**OF THE DRIVERS LICENSE AND DRIVING** **Drivers License No. C615-8127-3666**
**PRIVILEGES OF THE PETITIONER:**

**TRINA L. CARPENTER**
**9320 SOUTH PERRY AVENUE**
**CHICAGO, IL  60620**

---

   **YOU ARE HEREBY NOTIFIED THAT** pursuant to your request, a hearing in the
above matter will be held on the **26th** day of **April, 2017,** at the hour of **2:00p.m.**PM, in  the  Department of
Administrative Hearings, 17 North State Street, Suite 1200, Chicago, Illinois, 60602, before a duly appointed
Hearing Officer.

   **THE PURPOSE OF SAID HEARING** is to afford you an opportunity to contest the
action of the Secretary of State in the suspension of your drivers license and driving privileges. The action
of the Secretary of State was taken pursuant to 625 ILCS, Section 6-306.5 of the Illinois Revised Statutes
because:

**You have failed to pay fines and/or penalties due and owing as a result of 10 or more violations of a**
**municipality's vehicular standing or parking regulations.**

**YOU ARE FURTHER ADVISED** that you may bring an Attorney to represent you.  You will be  given  an
opportunity to present in person  or by  counsel such evidence as may be pertinent to your case and to cross any
witness of the Secretary of State. Your failure to appear shall result in an Order of Default. Continuances must be
requested in writing at least five days before the scheduled hearing or on the day of the hearing for good cause
shown.

**ATTENTION: PLEASE BE  PROMPT IN APPEARING AT THE SPECIFIED TIME.**

         **DATE:** This 27th day of  March, AD, 2017

**DIRECT ALL INQUIRIES TO:**

Department of Administrative Hearings
Formal Hearings Division
Suite 1200
17 N. State Street         Jesse White
Chicago, Illinois   60602       Secretary of State
(312) 793-3722         State of Illinois

The Secretary of State
notified for a Hearing
on April 26, 2017. I have
a Preponderance of Evidence, and
I am filing a Case with
the U.S. District Court
for the Northern District of
Illinois



# OFFICE OF THE SECRETARY OF STATE

**JESSE WHITE**   Secretary of State

TRINA L CARPENTER
9320 S PERRY AVE
CHICAGO, IL 60620-0000

DL NO:   C615-8127-3666
FILE NO:  C-90007-17

The attached order is entered on this 24th day of May, 2017.

It is final and subject to appeal within 35 days pursuant to The Administrative Review Law.  Said appeal should be filed in the Circuit Court of either Cook, Jefferson or Sangamon counties.

*Jesse White*

Jesse White
Secretary of State
State of Illinois

Mailing Certificate

This document and the documents attached hereto, were deposited with proper postage affixed, in the United States Mail Box located on the ground floor of the Howlett Building, Springfield, Illinois 62756 at 2:00 pm on May 24, 2017, pursuant to Section 6-211(c) of the Illinois Vehicle Code.

OD-25192



# OFFICE OF THE SECRETARY OF STATE

**JESSE WHITE**   Secretary of State

May 24, 2017

TRINA L CARPENTER
9320 S PERRY AVE
CHICAGO, IL  60620-0000

RE: C615-8127-3666

Dear Petitioner

Enclosed is a Formal Order of Denial. Please read the entire Formal Order carefully. You are eligible to have another hearing with our office 90-days from the date of your last hearing.

If your case is alcohol or drug related and you were required to have an alcohol/drug evaluation, the evaluation is considered current for six months. Prior to another hearing with our office, you will need an UPDATED evaluation if it was completed more than six months before the hearing.

Please note that any request for a FORMAL hearing received or postmarked on or after October 15, 2001, must be, by law, accompanied with a filing fee of FIFTY DOLLARS ($50.00). The fee may be submitted in the form of a check, money order, or by credit card by completing the appropriate form. Payment shall be made payable to the Secretary of State. **CASH WILL NOT BE ACCEPTED.** <u>If a request is received without the fee attached it will be returned and no hearing will be scheduled.</u> This fee is **NON-REFUNDABLE** once a hearing is scheduled. This is in accordance with Section 2-118 of the Illinois Vehicle Code and 92 Illinois Administrative Code 1001.70.

To request another formal hearing, write to one of the following addresses:

**Chicago:**
Department of Administrative Hearings
17 North State Street, Suite 1200
Chicago, IL  60602   (312) 793-3722
**Joliet:**
Department of Administrative Hearings
54 N. Ottawa Street, 4th Floor
Joliet, IL  60432   (815) 740-7171

**Springfield:**
Department of Administrative Hearings
Howlett Building, Room 212
Springfield, IL  62756   (217) 782-7065
**Mt. Vernon:**
Department of Administrative Hearings
218 South 12th Street
Mount Vernon, IL  62864   (618) 242-8986

Department of Administrative Hearings
Howlett Building, Room 212
Springfield, IL  62756

OD-25128.RPT

JESSE WHITE
SECRETARY OF STATE
STATE OF ILLINOIS

IN THE MATTER OF THE SUSPENSION OF THE
DRIVER'S LICENSE AND DRIVING PRIVILEGES
OF TRINA L. CARPENTER
DRIVER'S LICENSE NUMBER: C615-8127-3666

FILE NO. C-90007-17

## ORDER

**WHEREAS**, the Findings of Fact, Conclusions of Law, and Recommendations of the Hearing Officer,
**KENNETH P. JOHNSON** in the above captioned case have been read and examined; and,

**WHEREAS**, the record has been reviewed; and,

**WHEREAS**, the Findings of Fact and Conclusions of Law are correct and are hereby adopted as the
Findings of Fact and Conclusions of Law of the Secretary of State ("Secretary"); and,

**WHEREAS**, the rulings of the Hearing Officer on the admission of evidence and all motions were
correct and are hereby concurred in by the Secretary; and,

**WHEREAS**, the Secretary adopts the recommendations of the Hearing Officer;

**NOW THEREFORE, IT IS HEREBY ORDERED:** That pursuant to the Findings of Fact, Conclu-
sions of Law, and the Recommendations of the Hearing Officer, the Petition for the rescission of the
Order of Suspension entered on **JULY 9, 2015**, pursuant to §6-306.5 of the Illinois Vehicle Code is
hereby **DENIED.**

## FINDINGS AND RECOMMENDATIONS

### OF THE HEARING OFFICER

**JURISDICTION**:

This cause came on for hearing at the request of Petitioner on **April 26, 2017** pursuant to §5/2-118 of the Illinois Vehicle Code ("IVC") at 625 ILCS, *et seq.*, as amended and 92 Illinois Administrative Code, ("IAC") at Chapter II, §1001, *et seq.*, as amended, before **KENNETH P. JOHNSON**, a Hearing Officer duly appointed by the Secretary of State ("Secretary"). **TRINA L. CARPENTER** ("Petitioner") appeared ***pro se***, having knowingly waived her right to legal counsel.

**RELIEF REQUESTED**:

The Petitioner seeks the rescission of the Order of Suspension entered on **JULY 9, 2015**, pursuant to IVC §6-306.5. Petitioner has the burden of proof by a preponderance of the evidence (92 Ill, IAC §§1001.100(s).

**FINDINGS OF FACT**:

1. The evidence, exhibits and testimony have been offered and received from all parties, and a proper record of all proceedings has been made and preserved as required. The Hearing Officer has ruled on all motions and objections timely made and submitted. Petitioner's request for hearing and the Secretary's notice of hearing were entered into evidence as Secretary's Exhibits #1 and #2, respectively. An abstract of Petitioner's driving record was read into the record and admitted into evidence with various related documents (Secretary's Group Exhibit #3). The Petitioner's yellow application for driving relief in which Petitioner reported no circumstances which precluded him from proceeding with the hearing was entered into evidence (Secretary's Exhibit #4).

2. The Secretary has jurisdiction over the parties herein and the subject matter hereof, due and proper notice having been previously given as is by statute in such case made and provided.

3. Pursuant to IVC §6-306.5, the Secretary has received from the municipality of Chicago ("Municipality"), a Certified Report (the "Report") of Failure to Pay Fines and Penalties for: 10 or more final determinations of Parking or Compliance Liability Violations (Collectively: the "Violations") for plate numbers **7334697** (2014) and **N496186** (2013). The Report certifies that notice of impending driver's license suspension was mailed to Petitioner on **APRIL 16, 2015** at **9320 S. PERRY, CHICAGO, ILLINOIS 60620-1421** (Secretary's Group Exhibit #3). In the course of its collection process the Municipality obtains violator's addresses from the Secretary.

   As a result an order suspending the driver's license and driving privileges of the Petitioner was entered effective **JULY 9, 2015**, pursuant to IVC §**6-306.5**, due to failure to pay

2

fines or penalties for Violations. Prior to said suspension the Secretary sent notice of the impending suspension ("Notice") to **9320 S. PERRY AVE. CHICAGO, ILLINOIS 60620** (See Secretary's Group Exhibit #3).

Under an exception to the general limitation on the period of suspensions to one year contained in IVC §6-208(a), the suspension under IVC §6-306.5 is until the reporting Municipality sends the Secretary notice of payment by the offender or a notice that the report was in error. Pursuant to IVC §6-103 the Secretary shall not issue a permit to any person suspended under any but the enumerated statutes. IVC §6-306.5 is not such an enumerated statute. Therefore, a suspension under IVC §6-306.5 is for an indefinite time period.

4.    The above statute (§6-306.5) requires that the Report contain:

The name, last known address, driver's license number and registration number of the vehicle(s) registered in Illinois of the person who failed to pay the fine or penalty.

The name of the municipality making the Certified Report to the Secretary;

A unique identifying reference number for each request of suspension sent whenever a person has failed to pay the fine or penalty or has defaulted on a payment plan; and

A statement that the municipality sent a notice of impending driver's license suspension, as required by the municipality's ordinance enacted pursuant to IVC §5/11-208.3, to the Petitioner at the address recorded with the Secretary; the date on which the notice was sent; and the address to which the notice was sent. **Service of the notices of the Secretary and Municipality are deemed complete as of the date of deposit in the United States mail (See IVC §6-211, §2-114 and §11-208.3(5)). Proof of receipt is not required.**

In addition the Report must state that Petitioner has 10 or more standing or parking violations or 5 or more final determinations of automated traffic law liability.

The purpose of the notification requirement is to give advanced notice of impending suspension. This gives the target of the suspension an opportunity to avoid suspension by payment of the accrued fines or by contesting the suspension before the Municipality or the Secretary. A party giving notification must do so at the last known address of the person who failed to pay the fine or penalty (See IVC §6-306.5). This is interpreted as the last known address recorded with the Secretary, because license or plate holders are required by statute (See IVC §3-416 and 6-116) to register their current address with the Secretary within 10 days of a change of address. Any party giving notice to license or plate holders can accurately do so by review of the Secretary's records.

5.    Pursuant to the above statute the Secretary is also required to send Petitioner a similar notice of impending suspension.

6.    The address reflected on Petitioner's driver's license, recorded with the Secretary as of **APRIL 1, 2013**, was **9320 S PERRY AVE, CHICAGO, ILLINOIS 60620** (See Secretary's Group Exhibit #3).

3

The address reflected on the vehicle registration for plate number **7334679** recorded with the Secretary as of **AUGUST 2, 2013** was **9320 S. PERRY, CHICAGO, ILLINOIS 60620-1421**. The address reflected on the vehicle registration for plate number **N496186** recorded with the Secretary as of **AUGUST 17, 2013** was **9320 S. PERRY, CHICAGO, ILLINOIS 60620-1421** (See Secretary's Group Exhibit #3).

Petitioner's testimony and petition for relief confirms that her current address is **9320 S. PERRY, CHICAGO, ILLINOIS 60620** (Petitioner Testimony; Secretary's Exhibit #1 and Secretary's Group Exhibit #3).

Prior to the Report, Petitioner's last known address recorded with the Secretary effective **AUGUST 17, 2013** was **9320 S PERRY AVE, CHICAGO, ILLINOIS 60620-1421**, associated with her vehicle registration. This was the address utilized by the Municipality; therefore the Report was not defective in this regard.

Prior to the driver's license suspension, Petitioner's last known address recorded with the Secretary effective **AUGUST 17, 2013** was **9320 S PERRY AVE, CHICAGO, ILLINOIS 60620-1421**, associated with her vehicle registration. This was the address utilized by the Secretary; therefore this notice was not defective.



7.    Petitioner further testified that she has been the victim of identity theft and mortgage fraud. Petitioner was advised that the Secretary does not have jurisdiction or power over these issues. Petitioner was further advised that even if she prevailed at this hearing the Municipality could re-suspend his license.

8.    For the reasons stated above the Hearing Officer finds that the Report is in compliance with IVC §6-306.5.

9.    For the reasons stated above the Hearing Officer finds that the Secretary did notify the Petitioner at her last known address that the driver's license would be suspended for failing to pay any fine or penalty due and owing as a result of 10 or more final determinations of Parking or Compliance Liability Violations.

**STATUTES AND RULES APPLICABLE:**

The authority sections of the IVC relied upon herein are: 2-101, 2-103, 2-104, 6-306.5 and 11-208.3. The authority sections of the Rules and Regulations promulgated by the Secretary are: Chapter II, 92 IAC, §1001.10 et. seq.

**CONCLUSIONS OF LAW:**

The Petitioner has not submitted sufficient evidence to warrant rescission of the Order of Suspension, See 92 Ill, IAC §§1001.100(q) and 1001.460, as amended.

## RECOMMENDATION

The Petition for the rescission of the Order of Suspension entered on **JULY 9, 2015** pursuant to IVC §6-306.5 should be **DENIED.**

KENNETH P. JOHNSON
HEARING OFFICER

017400100105

STATE OF ILLINOIS                                          SPRINGFIELD

# OFFICE OF THE SECRETARY OF STATE
## NOTICE OF SUSPENSION

FEBRUARY 1, 2017

CHARDAE J CARPENTER
9320 S PERRY AVE
CHICAGO, IL 60620

| | |
|---|---|
| Date of Suspension: | 05-02-17 |
| Driver's License #: | C615-1108-9664 |
| Date of Arrest: | 10-14-16 |
| Ticket / Case #: | YE030059 |
| Court: | COOK - 5TH |
| Court Tel #: | 708-974-6500 |

This office has been notified that you have been placed on supervision for a Mandatory Insurance Offense or have been convicted of a third or subsequent offense for Operating an Uninsured Vehicle. In accordance to 730 ILCS 5/5-6-3.1 and 625 ILCS 5/3-707 (d), you are required to establish proof of your future financial responsibility (SR-22 insurance) for 36 months as described on the back of this notice. **This proof must be accepted by this office prior to the above indicated date of suspension to avoid the suspension of your driving privileges.**

This is to notify you that failure to file proof of financial responsibility (SR-22 insurance) will result in the suspension of your driver's license or permit and your privilege of obtaining a license on the above date. This suspension will remain in effect until your financial responsibility filing (SR-22) has been processed by our office. You will receive written notice from this office upon acceptance of your financial responsibility filing (SR-22).

Questions regarding your *Mandatory Insurance Offense* should be directed to the court of jurisdiction listed above.

Questions regarding your *Financial Responsibility Insurance* should be directed to your insurance agent. Please have your insurance company forward the SR-22 Certificate to the Safety and Financial Responsibility Section, 2701 S. Dirksen Parkway, Springfield, Illinois 62723.

THIS ACTION IS AUTHORIZED BY THE DIRECTOR O    *Proof that my Daughter T. Chardae Carpenter is being harassed due to defamation. My daughter address her insurance so Hector, her Licer & Should not be Suspended - Secretary of state referred as to a City Amnesty Program*

(Form DLNOSF - Rev. 02/08/2010)

**E**

STATE OF ILLINOIS   **OFFICE OF THE SECRETARY OF STATE**   SPRINGFIELD

## *NOTICE OF SUSPENSION*

JUNE  05, 2017

CHARDAE J CARPENTER
9320 S PERRY AVE
CHICAGO, IL  60620

Date of Suspension

| Mo. | Day | Yr. |
|-----|-----|-----|
| 06  | 21  | 2017 |

C615-1108-9664

This office has not received renewal of your financial responsibility filing, which expired or will be cancelled as indicated below:

DATE INSURANCE/BOND EXPIRED _____ DATE INSURANCE/BOND CANCELLED _06-21-2017_

This is to notify you that the privileges indicated below are suspended as of the date of suspension shown above until further filing is submitted and processed by our office. You will receive a compliance notice from our office when your suspension has been cleared.       Driver's license or permit and your privilege of obtaining a license.

All items suspended must be surrendered to the Driver Services Department, Safety Responsibility Section, 2701 South Dirksen Parkway, Springfield, Illinois 62723. Any person willfully failing to comply is guilty of a class A misdemeanor as provided in Chapter 625, Section 5/9 – 110, Illinois Compiled Statutes.

This  suspension  is  authorized  by  the  Director  of  the  Driver  Services  Department,  Office  of  the  Secretary  of  State.

Important NOTICE:

Spoke to Deputy Jackie
on 6-20-2017

I, Trina L. Carpenter

Spoke to an Agent of the
Federal Bureau Investigation (FBI)
ID Number 9063 on Tuesday
June 6, 2017 at 8:16pm to
8:19pm. I was advised by
FBI Agent ID Number ID
9063 that this Complaint against
the Secretary of State will be a
New Complaint.

I Trina L. Carpenter move
Forwards to List the address of
everyone who is involved in this
case. I have Phone Numbers to
List according to my evidence:

The White Office of Secretary
Of State

A. Kenneth P. Johnson – Hearing officer
Department of Administrative Hearings
Formal Hearings Division
17 N. State Street Suite 1200
Chicago, Illinois 60602
(312) 793-3722

B. Investigator Manley #132
Secretary of State Police
103 W. Roosevelt RD.
Villa Park, IL 60181
(773) 995-2670 and (630) 693-0566

C. Sst. Elmer Garza
103 West Roosevelt Road
Villa Park, Illinois 60181
(630) 693-0551 ext. 241

D. Secretary of State Supervisor
Sheila Leazenbly
Department of Administrative Hearings
Howlett Building, Room 212
Springfield, IL- 62756
(217) 782-7065
and (217) 524-6729 + (217) 782-2024

E. Illinois Secretary of State
office
Springfi 110 E. Adams
Springfield, IL 62701
FAX: 217-785-0099
My Complaint was fated I believe
on November 18, 2015

F. SR-22 Certificate to the Safety
and Financial Responsibility Section
2701 S. Dirksen Parkway
Springfield, Illinois 62723
Director of Driver Services office of
the Secretary of State
that Do not tell their names.

G- Jesse White
Secretary of State
State of Illinois
Other addresses
Department of Administrative Hearings
54 N. Ottawa Street, 4th Floor
Joliet, IL 60432
(815) 740-7171


H Jesse White
Secretary of State
State of ILLinois
Department of Administrative Hearings
218 South 12th Street
Mount Vernon, IL 62864
(418) 242-8986

I. Tom Allen - Supervisor over all
Hearing Officers

17 N State Street Suite 800
Chicago, IL 60602
(312) 793-3722

J. Secretary of State
Persons With Disabilities
License Plates/Placard Unit,
501 S. Second St. Rm 541,
Springfield, IL 62756

note: my physician faxed status
of my disability to the Secretary
of State Persons with Disabilities License
Plates/Placard Unit
501 S. Second St. Rm 541
Springfield, IL 62756 on
5/9/2014